Marlene A. Fong SBN 111560
Marc Alan Fong SBN 80049
Fong & Fong APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 110
Email: marlene.fong@fonglaw.com
Attorneys for Debtor Sarah-jane
Parker

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Chapter 13** |
| **SARAH-JANE PARKER,** | **CASE NO. 14-44083 CN13** |
| **Debtor** | **MOTION FOR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY AND CONTEMPT** |
| ———————————————— | |
| **LAURENCE JENNINGS; RAJ PATEL; JUSTIN HU; LAWRENCE DROUIN; BAYSIDE COURT OWNERS ASSOCIATION, INC., SCOTT JORDAN, ESQ.; ANDREW CANTOR, ESQ.** | Date: December 4, 2015<br>Time: 11:00 a.m.<br>Courtroom: 215<br>Location: U.S. Bankruptcy Court<br>1300 Clay Street, Second Floor<br>Oakland, CA<br>Judge: Hon. Charles Novack |
| **Respondents** | |

Debtor Sarah-jane Parker hereby motions the Court for an order imposing sanctions for

violation of the automatic stay under 11 U.S.C. 362(a) and 362(k)(1), and for abusive,

oppressive, harassing, bad faith litigation tactics constituting contempts sanctionable under 11

U.S.C. 105(a) and the Court's inherent powers, against respondents named above, individually,

jointly, and severally. Debtor seeks an order imposing an award of all attorney's fees incurred, an

award of actual damages including damages for emotional distress, lost income, loss of property

value, and conversion of property of the bankruptcy estate, and an award of punitive damages

sufficient to deter these and other persons and entities from similar conduct. Debtor also seeks an

order invalidating actions by respondents as void ab initio as stay violations, and void under

substantive law and as contempts. Debtor seeks whatever orders are appropriate to remedy the

wrongs described in the Memorandum of Points and Authorities filed herewith.

The motion is based on this Motion, the Notice of Hearing, the Memorandum of Points

and Authorities filed in support of the Motion, the Exhibits thereto, the Declaration of Sarah-jane

Parker, on the record and papers filed in this case, on such matters as may be judicially noticed,

on argument of counsel, and on such other matters as the Court may properly consider.


Dated: November 2, 2015

/s/Marlene A. Fong
Attorney for Debtor