Marlene A. Fong SBN 111560
Marc Alan Fong SBN 80049
Fong & Fong APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 110
Email: marlene.fong@fonglaw.com
Attorneys for Debtor Sarah-jane Parker

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 13 |
| SARAH-JANE PARKER, | CASE NO. 14-44083 CN13 |
| Debtor | EXHIBITS IN SUPPORT OF MOTION FOR SANCTIONS FOR STAY VIOLATION AND CONTEMPT |
| LAURENCE JENNINGS; JUSTIN HU; RAJ PATEL; LAWRENCE DROUIN; BAYSIDE COURT OWNERS ASSOCIATION, INC; SCOTT JORDAN, ESQ., ANDREW CANTOR, ESQ, Respondents | Date: December 4, 2015<br>Time: 11:00 a.m.<br>Location: U.S. Bankruptcy Court<br>1300 Clay Street, Second Floor<br>Oakland, CA<br>Judge: Hon. Charles Novack |

**TABLE OF EXHIBITS - A THROUGH RR**

Exhibit A - Clerk's Notice of Case Filing
Exhibit B - Declaration of Restrictions (CC&Rs), relevant portions
Exhibit C - Condominium Plan
Exhibit D - 10/13/2014 Jennings email re parking area being seized
Exhibit E - 10/29/2014 Jennings settlement proposal
Exhibit F - 12/02/2014 Payment demand for pre-petition assessments
Exhibit G - 12/15/2014 Acceleration Notice re 2015 annual assessment
Exhibit H - 01/02/2105 Payment demand for pre-petition assessments
Exhibit I - Invoices for fines imposed April 2014 through May 2015
Exhibit J - 05/01/2015 Demand for payment of "retro" assessments
Exhibit K - 04/29/2015 Notice to enter and make repairs
Exhibit L - 05/13/2015 Craigslist ad for rental of debtor's unit

Exhibit M - 05/21/2015 Ballot proposal and explanation re CC&R amendments
Exhibit N - 06/24/2015 Bayside email advising new tenant in debtor's unit
Exhibit O - 08/08/2015 Bayside email re fire sprinkler charges
Exhibit P - Bayside assessments for 2011
Exhibit Q - Bayside assessments for 2012
Exhibit R - 10/07/2013 announcement re change to "square footage" assessments
Exhibit S - 10/23/2013 Board minutes re assessment increases and re Jo Lee Jennings hired for accounting services
Exhibit T - 01/01/2013 Assessment notice for debtor's unit
Exhibit U - Legal description of Unit 990
Exhibit V - 05/01/2015 Notice re $1151 supplemental assessment
Exhibit W - 03/10/2015 Board minutes re not deterred by bankruptcy case
Exhibit X - 10/29/2014 Offer to convey title to Association
Exhibit Y - 10/08.2014 Jennings email re attorney vacations
Exhibit Z - 10/02/2015 Bayside invoice
Exhibit AA - 06/05/2015 Cantor letter
Exhibit BB - 09/15/2013 Invoice for 2009 - 2013 assessments
Exhibit CC - 01/19/2012 Payment plan
Exhibit DD - 11/11/2013 Fong - Richards email
Exhibit EE - 11/11/2013 Richards - Fong email
Exhibit FF - 11/22/2013 Jennings to Fong email
Exhibit GG - 02/21/2014 Capron to Jennings email re purchase Unit 990
Exhibit HH - 05/27/2014 Capron to Jennings email re purchase Unit 990
Exhibit II - 08/21/2014 Curtis Brown letter
Exhibit JJ - 11/07/2013 Annual disclosure re Jennings salary
Exhibit KK - 2011 Budget showing management fee
Exhibit LL - 2009-2010 Budget showing management fee
Exhibit MM - 10/21/2014 Jennings email re "thwart" debtor's case
Exhibit NN - 06/17/2013 Bayside complaint in civil collections action
Exhibit OO - 12/03/2013 Fong to Richards email proposing $16,000 payment to HOA
Exhibit PP - 2015 Budget showing $60,000 Jennings salary
Exhibit QQ - 2002 Rules re fines
Exhibit RR - 10/28/2014 email re Fidelity refuses to insure title

Dated: November 2, 2015

/s/Marlene A. Fong
Attorney for Debtor