# BCOA Member Account Invoice

| Invoice # | Date |
|---|---|
| 0990011411V | 12/1/14 |

| Member Account |
|---|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | Net Invoice | 12/1/14 | 10% Late Fee + 1% |

| Invoice is For | Amount |
|---|---|
| Violation of CC&R 4.5 "Rental or Leasing of Units" $50.00/day 11/02/14-12/01/14 | 1,500.00 |
| Less Account Credit | $0.00 |
| **Balance Due** | **$1,500.00** |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6.4(b) which enables a 10% ($10.00 minimum) late fee to be automatically charged to your member account.

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent balance amount remaining is charged interest pursuant to CC&R 6.6.4(d).

All costs incurred in attempting to collect delinquent balances including collection letters (pursuant to BCOA Board Governance Policy Master Listing item 15.0 adopted 12/22/2012), are billed to member accounts.

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to ensure that the foregoing extra charges are not made to your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

EXHIBIT I

# BCOA Member Account Invoice

| Invoice # | Date |
|---|---|
| 990-150221V | 3/1/15 |

### Member Account

Sarah Jane Parker Arnett 099001
990 28th Street
Oakland, CA 94608

### Payment Instructions

Write Your Account # on Check and Send Payment To:
Bayside Court Owners Association
First Bank
PO Box 15031
Vallejo, CA 94591-1931

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | Net Invoice | 3/15/15 | 10% Late Fee + 1%/month |

| Invoice is For | Amount |
|---|---|
| Disciplinary Fine for 02/21/2015 Citing of Hearing Item Violation 1: Failure to pay Property Taxes | 500.00 |
| Disciplinary Fine for 02/21/2015 Citing of Hearing Item Violation 2: Failure To Pay Assessments | 500.00 |
| Disciplinary Fine for 02/21/2015 Citing of Hearing Item Violation 3: Failure To Pay City Taxes | 500.00 |
| Disciplinary Fine for 02/21/2015 Citing of Hearing Item Violation 4: Failure To Advise of Tenant Identity And Lease Arrangements | 500.00 |
| Disciplinary Fine for 02/21/2015 Citing of Hearing Item Violation 5: Acting In A Manner Which Reduces General Building Security | 500.00 |
| Less Account Credit | $0.00 |
| **Balance Due** | **$2,500.00** |

### !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6.4(b) which enables a 10% ($10.00 minimum) late fee to be automatically charged to your member account.

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent balance amount remaining is charged interest pursuant to CC&R 6.6.4(d).

All costs incurred in attempting to collect delinquent balances including collection letters (pursuant to BCOA Board Governance Policy Master Listing item 15.0 adopted 12/22/2012), are billed to member accounts.

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to ensure that the foregoing extra charges are not made to your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com



# BCOA Member Account Invoice

| Invoice # |
|-----------|
| 990-Reimb |

| Member Account |
|----------------|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|----------------------|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|-----------|-------------|--------------|-------|
| 112-099001 | 3/1/15 | 3/15/15 | 10% late fee + 1% per month |

| Assessment Invoice is For | Amount |
|---------------------------|--------|
| Reimbursement Assessment for Window Graffiti Removal Pursuant To 02/02/2015 Hearing Notice: $586.00 | 586.00 |
| Reimbursement Assessment for Interior Rodent Control Pursuant To 02/02/2015 Hearing Notice: $330.00/month for the period 01/08/2015-02/26/2015: $539.00 | 539.00 |
| 10 Bait Stations & 18LB Pail Bait Supply for Rodent Control: $220.87 | 220.87 |
| | Account Credit $0.00 |
| | Balance Due $1,345.87 |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6 & CA Civil Code 5650(b) .

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent monthly assessment amount remaining causes your ENTIRE ANNUAL ASSESSMENT to become due and payable in its entirety per CC&R section 6.6.3 .

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to avoid the foregoing CC&R 6.6 enforcement activities from affecting your account.

Bayside Court Owners Association -  PO Box 81 - Willits, CA 95490 - (707) 459-2287 -  baysidecourt@yahoo.com

# BCOA Member Account Invoice

| Invoice # | Date |
|-----------|--------|
| 990-150107V | 3/1/15 |

| Member Account |
|---|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|-----------|-------------|--------------|-------|
| 112-099001 | Net Invoice | 3/15/15 | 10% Late Fee + 1%/month |

| Invoice is For | Amount |
|----------------|--------|
| Disciplinary Fine for 01/07/2015 Citing of Hearing Item Violation 1: CC&R 5.3, Failure to Maintain Unit In Good Repair & Condition-window graffiti removal not performed as required | 500.00 |
| Disciplinary Fine for 01/07/2015 Citing of Hearing Item Violation 2: CC&R 5.3, Failure to Maintain Unit In Good Repair & Condition-interior rodent control requirements not performed as required | 500.00 |
| Less Account Credit | $0.00 |
| **Balance Due** | **$1,000.00** |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6.4(b) which enables a 10% ($10.00 minimum) late fee to be automatically charged to your member account.

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent balance amount remaining is charged interest pursuant to CC&R 6.6.4(d).

All costs incurred in attempting to collect delinquent balances including collection letters (pursuant to BCOA Board Governance Policy Master Listing item 15.0 adopted 12/22/2012), are billed to member accounts.

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to ensure that the foregoing extra charges are not made to your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

# BCOA Member Account Invoice

| Invoice # | Date |
|---|---|
| 990-150426V | 4/30/15 |

| Member Account |
|---|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | Net Invoice | 5/15/15 | 10% Late Fee + 1%/month |

| Invoice is For | Amount |
|---|---|
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 1: CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 1 | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 2: CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 2 | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 3: CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 3 | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 4: CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 4 | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 5: CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 5 | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 6: CC&R 4.4 & 5.5 & 9.2.2, Failure To Comply With Governmental Authorities (Wall Construction Without Permits) | 500.00 |
| | Balance Due |

| !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!! |
|---|
| It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6.4(b) which enables a 10% ($10.00 minimum) late fee to be automatically charged to your member account.<br><br>Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent balance amount remaining is charged interest pursuant to CC&R 6.6.4(d).<br><br>All costs incurred in attempting to collect delinquent balances including collection letters (pursuant to BCOA Board Governance Policy Master Listing item 15.0 adopted 12/22/2012), are billed to member accounts.<br><br>It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to ensure that the foregoing extra charges are not made to your account. |

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 5 of 38

# BCOA Member Account Invoice

| Invoice # | Date |
|---|---|
| 990-150426V | 4/30/15 |

| Member Account |
|---|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | Net Invoice | 5/15/15 | 10% Late Fee + 1%/month |

| Invoice is For | Amount |
|---|---|
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 7: CC&R 4.4, Storing Hazardous Materials Inside A Unit | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 8: CC&R 4.4 & 5.5 & 9.2.2, Use Of A Unit In A Manner Which Would Increase Insurance Premium (Wood Burning Stove Installation w/o Permit) | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 9: CC&R 4.4 & 5.5 & 9.2.2, Use Of A Unit In A Manner Which Would Increase Insurance Premium (Obstructing Fire Suppression System Sprinkler Heads) | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 10: CC&R 5.2, Unauthorized Alteration Of The Common Area (Satellite Dish Installation Into Parapet) | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 11: CC&R 5.2, Unauthorized Alteration Of The Common Area (Lighting Fixture Installation In Common Area) | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 12: CC&R 4.4 & 5.5 & 9.2.2, Electrical Wiring Without A Permit | 500.00 |
| Disciplinary Fine for 04/26/2015 Citing of Hearing Item Violation 13: CC&R 5.3, Failure To Maintain Roof | 500.00 |
| Balance Due | $6,500.00 |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6.4(b) which enables a 10% ($10.00 minimum) late fee to be automatically charged to your member account.

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent balance amount remaining is charged interest pursuant to CC&R 6.6.4(d).

All costs incurred in attempting to collect delinquent balances including collection letters (pursuant to BCOA Board Governance Policy Master Listing item 15.0 adopted 12/22/2012), are billed to member accounts.

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to ensure that the foregoing extra charges are not made to your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 6 of 38

# BCOA Member Account Invoice

| Invoice # |
|---|
| 0990012015B |

<table>
<tr><td colspan="2">

**Member Account**

Sarah Jane Parker Arnett 099001
990 28th Street
Oakland, CA 94608

</td><td colspan="2">

**Payment Instructions**

Write Your Account # on Check and Send Payment To:
Bayside Court Owners Association
First Bank
PO Box 15031
Vallejo, CA 94591-1931

</td></tr>
</table>

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | 5/1/15 | 6/1/15 | 10% late fee + 1% per month |

| Assessment Invoice is For | Amount |
|---|---|
| Corrected 2015 Annual Assessment For the Period of 5/01/15-12/31/15 For Actual BCOA Assessable Unit Area Found In 2015 To Have Been Unreported To Date By Your Member Account | 1,151.52 |
| Account Credit | $0.00 |
| Balance Due | $1,151.52 |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6 & CA Civil Code 5650(b) .

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent monthly assessment amount remaining causes your ENTIRE ANNUAL ASSESSMENT to become due and payable in its entirety per CC&R section 6.6.3 .

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to avoid the foregoing CC&R 6.6 enforcement activities from affecting your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

EXHIBIT J



# Fwd: LEGAL NOTICE OF RIGHT TO MAINTAIN UNIT PURSUANT TO CC&R 5.4

Wed, Apr 29, 2015 at 9:47 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Bayside Court Board of Directors <baysidecourt@yahoo.com>
> **Date:** April 29, 2015 at 8:30:34 PM PDT
> **To:** Marc Fong <mfong@fonglaw.com>
> **Cc:** "marlene.fong@fonglaw.com" <marlene.fong@fonglaw.com>
> **Subject: LEGAL NOTICE OF RIGHT TO MAINTAIN UNIT PURSUANT TO CC&R 5.4**
> **Reply-To:** Bayside Court Board of Directors <baysidecourt@yahoo.com>
>
> Dear Ms. Parker,
>
> Please correct the unit use/construction and maintenance violations separately cited as your BCOA Member responsibility today within 60 days time.
>
> Please be advised that the BCOA is hereby placing you on a formal 60 day notice that it is exercising its CC&R 5.4 right to maintain Unit 990 in a manner which corrects the outstanding CC&R violations already cited as your Member responsibility.
>
> Here is CC&R 5.4 for your reference:
>
> " 5.4 <u>ASSOCIATION'S RIGHT TO MAINTAIN UNITS</u>: In the event an Owner fails to maintain the Owner's Unit in a manner in which the Board deems necessary to preserve the appearance and value of the Project, the Board may notify the Owner of the work required and request that it be done within Sixty (60) days from the giving of such notice. In the event an Owner fails to carry out such maintenance within said period, the Board may, after notice and hearing, cause such work to be done and the cost of such work shall be a reimbursement assessment chargeable to such Condominium and shall be payable to the Association by the Owner thereof. "
>
> Your hearing on this CC&R 5.4 matter has been scheduled for Sunday, June 28 at 1:00pm accordingly. The hearing required by CC&R 5.4 will be held in the BCOA Storage Room, positioned inside Bayside Court located at 2828 Filbert St, in Oakland, CA. 94608. Upon written request received at the board's e-mail address < baysidecourt@yahoo.com > within 4 days of this notice's date as listed hereon, and for worthy cause, you may be granted a short continuance to a new hearing date. All hearing dates must be set upon weekends (Saturday or Sunday) between the hours of 12:00-7:00pm. No continuance of greater than 7 days will be accepted as it is in the best interest of all concerned to resolve this

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 8 of 38

EXHIBIT_K

maintenance issue expediently. You may appear in person-or submit a written response that must be received no later than 2 days prior to the hearing schedule noted above.

Please don't hesitate to contact us if you have any questions concerning the foregoing. Do note however that such questions or any clarification you may seek will not serve to alter the schedule of events set forth in this hearing notice, in any manner whatsoever.

Thank you for your very careful cooperation with this notice.

Regards,

-The BCOA Board of Directors

---

**From:** Bayside Court Board of Directors <baysidecourt@yahoo.com>
**To:** Marc Fong <mfong@fonglaw.com>
**Cc:** "marlene.fong@fonglaw.com" <marlene.fong@fonglaw.com>
**Sent:** Wednesday, April 29, 2015 6:39 PM
**Subject:** Disciplinary Hearing Results For 04/26/2015 Hearing For (13) Governance Document Violations As Noted

Dear Ms. Parker,

As you know, you failed to respond to, or appear in any manner, for your disciplinary hearing set for April 26, 2015 at 1:00pm.

Also as you know, you failed to submit a Written Response and so provided no defensive testimony or other input on your behalf. This is unfortunate.

The Board held the hearing and rendered its decision accordingly in regards to the citings issued your Member account.

Please be advised that the Board found you responsible as originally cited in each of the violation notices provided to you as follows:

**1) Violation 1:**

**CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 1**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

**2) Violation 2:**

**CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 2**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 3) Violation 3:

**CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 3**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 4) Violation 4:

**CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 4**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 5) Violation 5:

**CC&R 4.4 & 5.5, Hanging An Item Weighing In Excess Of Ten Pounds From The Ceiling Of Your Unit-Count 5**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 6) Violation 6:

**CC&R 4.4 & 5.5 & 9.2.2, Failure To Comply With Governmental Authorities (Wall Construction Without Permits)**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 7) Violation 7:

**CC&R 4.4, Storing Hazardous Materials Inside A Unit**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 8) Violation 8:

**CC&R 4.4 & 5.5 & 9.2.2, Use Of A Unit In A Manner Which Would Increase Insurance Premium (Wood Burning Stove Installation w/o Permit)**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

### 9) Violation 9:

**CC&R 4.4 & 5.5 & 9.2.2, Use Of A Unit In A Manner Which Would Increase Insurance Premium (Obstructing Fire Suppression System Sprinkler Heads)**

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

## 10) Violation 10:

## CC&R 5.2, Unauthorized Alteration Of The Common Area (Satellite Dish Installation Into Parapet)

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

## 11) Violation 11:

## CC&R 5.2, Unauthorized Alteration Of The Common Area (Lighting Fixture Installation In Common Area)

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

## 12) Violation 12:

## CC&R 4.4 & 5.5 & 9.2.2, Electrical Wiring Without A Permit

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

## 13) Violation 13:

## CC&R 5.3, Failure To Maintain Roof

The Board's ruling was: *"Member responsible as cited, fine $500.00."*

\*\*\*

Your Member Account will be invoiced accordingly. Please don't hesitate to contact us if you have any questions not already answered concerning the foregoing. Do note however that such questions or any clarification you may seek will not serve to alter the execution of events established above in any manner whatsoever, unless said alteration is provided via express written permission of the BCOA Board.

Regards,

-The BCOA Board of Directors

---

**From:** Bayside Court Board of Directors <baysidecourt@yahoo.com>
**To:** Marc Fong <mfong@fonglaw.com>
**Cc:** "marlene.fong@fonglaw.com" <marlene.fong@fonglaw.com>
**Sent:** Thursday, April 16, 2015 10:52 AM
**Subject:** HEARING NOTICE: 13 CC&R Violations [provided c/o Attorneys Of Record]

Dear Ms. Parker,

CL SF bay area > east bay > housing > office & commercial

Posted: 2 days ago

## $5000 / 5600ft² - Incredible 5600+ SqFt Live/Work Loft with Roll Door and 3BR Apartment (oakland west)





© craigslist - Map data © OpenStreetMap

Filbert St. at 28th St.

5600ft²

**Contact info:**
Andrea Day | AndreaRentals | ( show contact info ) |

# Incredible 5600+ SqFt Live/Work Loft with Roll Door and 3BR Apartment

### 2828 Filbert St Unit 990, Emeryville, CA 94608

### $5,000/mo

#### KEY FEATURES
**Year Built:** 1924
**Sq Footage:** 6000 sqft.
**Bedrooms:** 8 Beds
**Bathrooms:** 2.5 Baths
**Parking:** 2
**Lease Duration:** 1 Year
**Deposit:** $5,000
**Pets Policy:** Cats & Dogs OK
**Laundry:** In Unit
**Property Type:** Condo

#### DESCRIPTION

Industrial + Hip: Huge Live/Work Loft in West Oakland Condo Conversion Building

3 unique spaces in one unit:

4550 square foot warehouse with 28' ceilings, barreled wood beam ceiling, concrete floor, roll door and loading dock, gated entry door, and double rows of secure factory windows to let in the sunshine.

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 12 of 38

EXHIBIT

Warehouse is connected to 5 lower individual workspace or office units (each with locking door) plus full bath and potential kitchen/laundry area.

Upstairs is a spacious, industrial 3BR/2.5 BA apartment with exposed brick walls, original hardwood floors, wood stove, and walls of windows.

Excellent opportunity for artist studios, design or construction firms, or any other office/work collective. Located just 10 blocks from American Steel Studios, and 5 blocks to Uptown Oakland.

Available now. Landlord willing to negotiate for build out.
Call to take a look!
Andrea
(show contact info)


**Contact info:**
**Andrea Day**
**AndreaRentals**
(show contact info)


- do NOT contact me with unsolicited services or offers

© 2015 craigslist   help   safety   privacy   feedback   cl jobs   terms   about   mobile

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 13 of 38

# JUNE BALLOT INTIATIVE EXPLANATION SUMMARY

**For Assistance Contact: (707) 459-2287 or baysidecourt@yahoo.com**

*This summary applies to the (5) count June 2015 CC&R amendment ballot initiative contained in this ballot initiative package. It has been provided to help you understand the CC&R revisions you are voting upon:*

**Ballot Item [01]:** *Replacement of existing CC&R 2.22...*

*Existing CC&R 2.22 does not allow for visitor parking space designations, or creation of new parking space designations as has been done in 2015. The original maps (also known as CC&R 2.23's "Exhibit "A", "plans", or the "Plan", etc) attached to the CC&Rs are incomplete, vague, shoddily drawn, of dubious and unverifiable origin, and in clear error in relation to the actual construction and layout of your Bayside Court. This has created a situation of continuing controversy which drives up operating costs because these controversies must be professionally addressed when they flare up. This amendment (in concert with others discussed below), helps eliminate ambiguity & clarifies the parking arrangements of Bayside Court.*

**Ballot Item [02]:** *Replace 1st sentence of old CC&R 3.4.3...*

*The original Grant Deeds for Bayside are chock full of errors, omissions, and ambiguities. Stipulating that they be the reference for all time as to how Bayside Court is physically arranged is an exercise in complete absurdity. Example: Unit 25 was stipulated to receive a parking space that was also stipulated by original Grant Deed to belong to Unit 24. Meanwhile, the space that should have been assigned to Unit 25 (F25) has been assigned to no one. This is one example of many errors resulting from the shoddy work of Bayside's fly-by-night developer which will be corrected by this CC&R revision. Unit 25 deserves to have an unambiguous parking space. There is a similar issue with a Unit 3 and Unit 23 parking space found when one researches the Grant Deeds as the existing Board has done. This revision adds text to the original CC&R which clarifies all current Member parking assignments and eliminates the unworkable requirement that Bayside's reality (as defined by the original long gone developer who was successfully sued by your association in 2009 for development defects), can never be materially altered to benefit the Membership.*

**Ballot Item [03]:** *Replace old CC&R 3.4.8...*

*This revision only adds text to existing CC&R 3.4.8 which enables your association to lease abandoned & payment delinquent Bayside Units by your association so that their delinquent payment burden is not shifted onto the backs of the remaining responsible Members who pay their lawful obligations on time. Two 2015 association attorney's have advised that this revision is necessary in order to lawfully lease abandoned Bayside Units-which is necessary if we are to prevent the unpaid obligations of delinquent Members who choose not to fulfill their obligations from being assessed to the remaining Members in 2016 and beyond.*

**Ballot Item [04]:** *Replace old CC&R Exhibit A...*

*This revision deletes the existing Bayside maps/plans which have been found to be illegible, unrecordable, incomplete, shoddily drawn, erroneous, and confusing-with the attached 4 page set drafted in 2015 at a cost of over $1400. 2015 plans are legible, detailed, & a better representation of Bayside in its 2015 incarnation.*

**Ballot Item [05]:** *Replace old CC&R 5.3...*

*This revision only adds text to CC&R 5.3 to assign maintenance of-and repair responsibility for-Unit 990 to Unit 990's owner-rather than to the Membership which has never received a fair assessment therefor from Unit 990's owners to date. All owners of Unit 990 to date have enjoyed the benefits of a ridiculously incorrect assessment calculated in error (in direct violation of Bayside CC&Rs), by the original shoddy developer and a string of incompetent Management Agents who violated the law governing assessment calculation. The existing owner of 990 has never fully paid the incorrectly low assessment! When Unit 990's ownership changes hands, all of the proper assessments for it will be lost forever. This amendment assures that the other 32 members of the association will not have to pay for this loss in the future. This is a simple "Fiscal Responsibility" measure. If you don't want to have your association shell out >$50,000. (>$1562/Member) in 2017 to replace the roof of Unit 990 in response to incoming AB 968-you'll want to approve this revision.*

-end of document-

EXHIBIT M

# BALLOT: BCOA CC&R REVISION PROJECT #5
*(see reverse side for general information and mailing instructions)*

In accordance with California Law, you have been provided with this ballot to vote upon the following (5) BCOA CC&R revisions. 17 of the existing 33 BCOA Units voting "yes" (a simple 50% majority), are required for each individual measure listed below to pass. Refer to the "June Ballot Initiative Explanation Summary" included in this mailing if you need more information regarding the revisions.

*-To vote: circle only the "yes" or "no" adjacent to each item being voted on below.-*
(Caution: circling both will void an item's vote!)

---

**[01]  Replace old CC&R 2.22 with the new one listed below?** --------------------------------**YES    NO**

" 2.22 *PARKING SPACE*: The term "Parking Space" shall mean those portions of the Common Area shown on the Plan as individually lettered and numbered areas designated "F" or "M" or "U" or "V" or "Service Space". The dimensions of each Parking Space are shown on the Plan."

**[02] Replace 1st sentence of old CC&R 3.4.3 with 3 listed below + adding 3.4.3.1?**-----**YES    NO**

" 3.4.3 *Exclusive Use Common Area*: There shall be granted to each Unit and each Owner of a Unit an exclusive appurtenant easement for the use, possession and enjoyment of the Balcony and/or Garden Patio adjacent to the Unit and the Parking Space(s), and/or the Roof Deck if and as specifically designated in the latest recording of the Declaration. With regard to Parking Spaces, 3.4.3.1 below lists the Parking Spaces which are the Exclusive Use of the respective Units. This listing may be amended by legitimate Grant Deeds recorded after June 01, 2015.

*3.4.3.1 Parking Space Assignments to Unit #'s*

[Unit A=F37]---[Unit B=F2&F38]---[Unit C=F0&F1]---[Unit 1=F21]---[Unit 2=F20&F34]---[Unit 3=F19&F33]
[Unit 4=F18]---[Unit 5=F17]---[Unit 6=F3&F16]---[Unit 7=F4]---[Unit 8=F5&F15]---[Unit 9=F31&F32]---[Unit 10=F7]
[Unit 11=F6]---[Unit 12=F9]---[Unit 13=F10&F22]---[Unit 14=F8&F11]---[Unit 15=F12]---[Unit 16=F13]---[Unit 17A=M3]
[Unit 17B=M4]---[Unit 18=M5]---[Unit 19=M6]---[Unit 20=M7]---[Unit 21=M2&F29]---[Unit 22=F23]---[Unit 24=F24]
[Unit 25=F25]---[Unit 26=F30]---[Unit 27=F28]---[Unit 990=F14]---[Unit 2825A=F27]---[Unit 2825B: F26&M1] "

**[03]  Replace old CC&R 3.4.8 with the new one listed below?**--------------------------------**YES    NO**

" 3.4.8 *Association's Easements*: There are hereby reserved to the Association and its duly authorized agents and representatives such easements as are necessary to perform the duties and obligations of the Association set forth in the Project Documents, including, without limitation and subject to Section 5.7, below, the right to enter upon Common Area and Units. The Board shall have the right to lease any Unit which is at least 60 calendar days or more delinquent in its Member Account obligations, if the respective Unit has, for the same period of delinquency, also been abandoned for at least 60 calendar days. The lease proceeds shall be used to fund the BCOA's Operating & Reserve Accounts as the Board may determine appropriate. The lease proceeds shall not be used to reduce the delinquent Member Account balance in any manner whatsoever. The lease proceeds are the permanent property of the BCOA, and no other entity shall have any right thereto, for any reason whatsoever. "

**[04]  Replace old CC&R Exhibit "A" with the 4 new "Architect SF" pages attached**
       **to "June Ballot Initiative Explanation Summary" (provided in ballot package)?**---**YES    NO**

**[05]  Replace old CC&R 5.3 with the new one listed below?**--------------------------------**YES    NO**

" 5.3 *MAINTENANCE OF UNITS*: Each Owner shall keep the Owner's Unit, including the hot water heater, wall heater(s), and other fixtures and appliances, in good repair and condition. The Owner of Unit 990 28th street shall also keep the roof surface, roof substrate, roof framing, all interior and exterior walls of all types, foundations, floors, plumbing, wiring and all other portions of that Unit in good condition and repair, at the Owner's expense. The Owners of Units 990 28th Street and 2825A Myrtle Street shall have sole responsibility to maintain and repair all roof and parapet surfaces of the roofs of their Units. Each Owner shall have the sole responsibility and the exclusive right, at the Owner's sole cost and expense, to: "



FILBERT ST.

28TH ST.

MYRTLE ST.

# FIRST FLOOR LEVEL & PARKING LOTS MAP

BAYSIDE COURT CONDOMINIUMS
958 28TH ST. OAKLAND, CA 94608

ARCHITECT

A001

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 16
of 38

**Marlene Fong**

**Subject:** RE: Fw: [filbertstreetlofts] New Resident In Unit 990

**From:** "bcoamanagement@yahoo.com [filbertstreetlofts]" <filbertstreetlofts@yahoogroups.com>
**To:** filbertstreetlofts@yahoogroups.com
**Sent:** Wednesday, June 24, 2015 9:01 PM
**Subject:** [filbertstreetlofts] New Resident In Unit 990

Dear Residents,

Please be advised that Unit 990 has a new resident!

His name is Michael Tubbs and he is a very nice, polite, and quiet southern gentlemen. A real asset to the community-we are most fortunate to have him. He is a film producer and recording studio operator.

Mr. Tubbs has parking spaces #F14 and U1 allotted for his use.

I hope you will all be welcoming neighbors.

If anyone has any questions, please contact me at bcoamanagement@yahoo.com.

Thank you,

-Jo Lee
BCOA Management

Posted by: bcoamanagement@yahoo.com

**Reply via web post** • Reply to sender • Reply to group • Start a New Topic • Messages in this topic (1)

**VISIT YOUR GROUP**

YAHOO! GROUPS
• Privacy • Unsubscribe • Terms of Use

1

EXHIBIT N

**Subject:**           FW: ADVISORY: NFPA 25 Correction Requirements For Your Unit 990

From: "BCOA Management" <bcoamanagement@yahoo.com>
Date: Aug 8, 2015 7:28 PM
Subject: ADVISORY: NFPA 25 Correction Requirements For Your Unit 990
To: "SarahJane Parker" <sparke21@gmail.com>
Cc: "mfong@fonglaw.com" <mfong@fonglaw.com>, "marlene.fong@fonglaw.com" <marlene.fong@fonglaw.com>

Dear Member,

As you know, we recently had Bayside inspected for its Fire Suppression System's conformance to NFPA 25 standards as required by law.

During this inspection your Unit was found to be among those which require interior sprinkler modifications in order to meet current standards.

The System Contractor responsible for providing the required repairs has quoted an estimated figure of **$6307.** for the interior corrections your Unit must receive in order for Bayside to obtain its 5YR certification as required by law. (Note: the actual figure will only be known after all work is complete and we receive the billing.)

The purpose of this notice is to make you aware that the corrections will be billed to your Member Account as soon as we are correspondingly billed. All of the required work should be taking place within the next 90 days.

Access to your Unit will be required for the following events:

1) To allow the System Designer to map the changes required.

*then.....*

2) To allow the System Installers to perform the required modifications.

*then.....*

3) To allow the System Inspector to review the work performed for conformance to standards.

Note: if any issues arise, there may be additional access requirements.

1

We will notify you of the dates and times for the foregoing events as they are provided to us. We will endeavor to ensure that you receive much more than the 24 hour minimum notice set forth by BCOA CC&R 5.8. Here is the text of CC&R 5.8 for your reference:

*" 5.8 RIGHT OF ENTRY: The Board may enter any Unit and Exclusive Use Common Area whenever entry is necessary in connection with the performance of any maintenance or construction which the Board is authorized to undertake. Entry shall be made with as little inconvenience to an Owner as practicable and only after reasonable advance written notice of not less than twenty-four (24) hours, except in emergency situations. "*

Please note that scheduled event dates and times are not alterable, as they will represent the requirements of the scheduling third parties-and as such are outside our direct control in accordance with the BCOA master correction work contract. Failure to meet any required schedule will incur a $600. extra work charge per failure, which would radically drive your Member Account charges up-and delay certification for the entire BCOA. Accordingly, the notification of event dates and times you will be receiving constitute notices of CC&R 5.8 Right Of Entry, (albeit "the Board" will not be entering your Unit-only the System Designers, Installers, and Inspectors will).

I will be back in touch when more information is received, in regards to events 1-3 above.

Thank you,

-Jo Lee
BCOA Management

**Bayside Court Homeowners Association**

2011 and 1012 Monthly Assessment Budget       $12,853.09

| | Lot | Currently Billed Assessment | Assessment Calc Per Existing CC&Rs | Assessment Calc Per Amended CC&Rs |
|---|---|---|---|---|
| 2825 Myrtle Street Apt A | 2825A | $420.30 | $415.67 | $370.06 |
| 2825 Myrtle Street Apt B | 2825B | $420.30 | $415.67 | $424.21 |
| 2828 Filbert Street Apt 1 | 1 | $392.76 | $395.25 | $402.59 |
| 2828 Filbert Street Apt 2 | 2 | $361.78 | $372.29 | $378.29 |
| 2828 Filbert Street Apt 3 | 3 | $369.41 | $377.95 | $384.28 |
| 2828 Filbert Street Apt 4 | 4 | $369.41 | $377.95 | $384.28 |
| 2828 Filbert Street Apt 5 | 5 | $340.10 | $356.21 | $361.27 |
| 2828 Filbert Street Apt 6 | 6 | $457.81 | $443.48 | $453.64 |
| 2828 Filbert Street Apt 7 | 7 | $390.54 | $393.61 | $400.86 |
| 2828 Filbert Street Apt 8 | 8 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 9 | 9 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 10 | 10 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 11 | 11 | $363.88 | $373.84 | $379.94 |
| 2828 Filbert Street Apt 12 | 12 | $390.54 | $393.61 | $400.86 |
| 2828 Filbert Street Apt 13 | 13 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 14 | 14 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 15 | 15 | $387.11 | $391.07 | $398.17 |
| 2828 Filbert Street Apt 16 | 16 | $363.88 | $373.84 | $379.94 |
| 2828 Filbert Street Apt 17A | 17A | $322.39 | $351.54 | $356.32 |
| 2828 Filbert Street Apt 22 | 22 | $385.34 | $389.76 | $396.78 |
| 2828 Filbert Street Apt 23 | 23 | $385.68 | $390.00 | $397.04 |
| 2828 Filbert Street Apt 24 | 24 | $386.01 | $390.25 | $397.30 |
| 2828 Filbert Street Apt 25 | 25 | $386.01 | $390.25 | $397.30 |
| 2828 Filbert Street Apt 26 | 26 | $368.75 | $377.45 | $383.76 |
| 2828 Filbert Street Apt 27 | 27 | $462.46 | $446.92 | $457.28 |
| 2828 Filbert Street Apt B | B | $298.28 | $325.21 | $328.46 |
| 2828 Filbert Street Apt C | C | $30.06 | $151.15 | $152.30 |
| 958 28th Street Apt 17B | 17B | $333.79 | $343.09 | $347.38 |
| 958 28th Street Apt 18 | 18 | $362.33 | $372.70 | $378.72 |
| 958 28th Street Apt 19 | 19 | $362.33 | $372.70 | $378.72 |
| 958 28th Street Apt 20 | 20 | $337.11 | $354.00 | $358.93 |
| 958 28th Street Apt 21 | 21 | $390.21 | $393.37 | $400.60 |
| 990 28th Street | 990 | $720.19 | $768.93 | $613.00 |
| | 33 | $12,494.31 | $12,853.11 | $12,853.13 |

EXHIBIT P

Assoc:    11-2   Bayside Court Owners
                 Oakland, CA 94608

| Resident | Type | Date | CC | Description | Check No | Chg Amount | Payment/Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 0990 01   Sarah Jane Parker Arnett | | | App# | 14066 | | | Beg Bal | 0.00 |
| 990 28th Street | Chg | 10/31/2011 | BB | Bal as of 10/31/2011 | | 5,992.80 | | 5,992.80 |
| Oakland CA 94608 | Chg | 11/01/2011 | MA | Monthly Assessment | | 613.00 | | 6,605.80 |
| | Chg | 12/01/2011 | MA | Monthly Assessment | | 613.00 | | 7,218.80 |
| | Chg | 12/16/2011 | IN | Interest Charge | | 72.19 | | 7,290.99 |
| | Chg | 12/16/2011 | LF | Late Fee | | 61.30 | | 7,352.29 |
| | Cr | 12/16/2011 | IN | Cr Int/Billed Error | | | -72.19 | 7,280.10 |
| | Chg | 12/31/2011 | IN | Interest Charge | | 72.19 | | 7,352.29 |
| | Chg | 01/01/2012 | MA | Monthly Assessment | | 613.00 | | 7,965.29 |
| | Chg | 01/18/2012 | LF | Late Fee | | 61.30 | | 8,026.59 |
| | Cr | 01/18/2012 | LF | Cr Lt/Pymt Plan | | | -61.30 | 7,965.29 |
| | Pay | 01/27/2012 | | PAYMENT  123 | | | -1,226.00 | 6,739.29 |
| | Chg | 01/31/2012 | IN | Interest Charge | | 66.67 | | 6,805.96 |
| | Chg | 02/01/2012 | MA | Monthly Assessment | | 613.00 | | 7,418.96 |
| | Chg | 02/01/2012 | PP | Payment Plan Fee | | 15.00 | | 7,433.96 |
| | Cr | 02/01/2012 | PP | Cr/No Pymt Plan | | | -15.00 | 7,418.96 |
| | Chg | 03/01/2012 | MA | Monthly Assessment | | 613.00 | | 8,031.96 |
| | Chg | 03/16/2012 | LF | Late Fee | | 61.30 | | 8,093.26 |
| | Chg | 03/31/2012 | IN | Interest Charge | | 78.93 | | 8,172.19 |
| | Chg | 04/01/2012 | MA | Monthly Assessment | | 613.00 | | 8,785.19 |
| | Pay | 04/11/2012 | | PAYMENT  134 | | | -1,000.00 | 7,785.19 |
| | Chg | 04/17/2012 | LF | Late Fee | | 61.30 | | 7,846.49 |
| | Chg | 04/30/2012 | IN | Interest Charge | | 75.67 | | 7,922.16 |
| | Chg | 05/01/2012 | MA | Monthly Assessment | | 613.00 | | 8,535.16 |
| | Chg | 05/16/2012 | LF | Late Fee | | 61.30 | | 8,596.46 |
| | Pay | 05/22/2012 | | Lckbx Pmt  571640 | | | -2,000.00 | 6,596.46 |
| | Chg | 05/31/2012 | IN | Interest Charge | | 62.42 | | 6,658.88 |
| | Chg | 06/01/2012 | MA | Monthly Assessment | | 613.00 | | 7,271.88 |
| | Chg | 06/16/2012 | LF | Late Fee | | 61.30 | | 7,333.18 |
| | Pay | 06/25/2012 | | Lckbx Pmt  744583 | | | -1,000.00 | 6,333.18 |
| | Chg | 06/30/2012 | IN | Interest Charge | | 59.16 | | 6,392.34 |
| | Chg | 07/01/2012 | MA | Monthly Assessment | | 613.00 | | 7,005.34 |
| | Chg | 07/17/2012 | LF | Late Fee | | 61.30 | | 7,066.64 |
| | Pay | 07/24/2012 | | Lckbx Pmt  718916 | | | -1,000.00 | 6,066.64 |
| | Chg | 07/31/2012 | IN | Interest Charge | | 55.90 | | 6,122.54 |
| | Chg | 08/01/2012 | MA | Monthly Assessment | | 613.00 | | 6,735.54 |
| | Chg | 08/16/2012 | LF | Late Fee | | 61.30 | | 6,796.84 |
| | Pay | 08/24/2012 | | Lckbx Pmt  416571 | | | -1,000.00 | 5,796.84 |
| | Chg | 08/31/2012 | IN | Interest Charge | | 52.65 | | 5,849.49 |
| | Chg | 09/01/2012 | MA | Monthly Assessment | | 613.00 | | 6,462.49 |
| | Chg | 09/18/2012 | LF | Late Fee | | 61.30 | | 6,523.79 |
| | Pay | 09/25/2012 | | Lckbx Pmt  539627 | | | -1,000.00 | 5,523.79 |
| | | | | | | | Res Balance | 5,523.79 |

Case: 14-44083    Doc# 72-2    Filed: 11/03/15    Entered: 11/03/15 19:19:30    Page 21
of 38

EXHIBIT Q

**10/07/2012 Bayside Court Owner's Association (BCOA) Directors Meeting Approved Minutes**

These are the approved board minutes for the board of director's meeting held on August 26, 2012 in the meeting room above the laundry at Bayside Court. This is the 3rd meeting of the 2012-2013 board seated by the May 2012 election.

*[Note to the reader: The audio for this meeting was captured digitally as an mp3 file for subsequent use in drafting these minutes-all directors present assented to this effort. The item enumeration contained below matches that of the published meeting agenda inclusive of all amendments as adopted at the meeting-please refer to said agenda if you need more detail. "BOD" denotes "Board of Directors". The acronym "MSC" denotes "motion made, seconded, and carried by majority vote". The acronym "MSD" denotes "motion made, seconded, and defeated by majority vote". Where the vote is not unanimous, the MSC/MSD acronyms are followed by the initials of yes voters, then the initials of no voters, then the initials of abstaining voters in (x/y/z) format.]*

**Directors & Officers Present:** Raj Patel (rp), Director & President-Laurence Jennings (lj), Director, Secretary & Treasurer-Maxx McCoy (mm), Director.

**Association Members Present:** Jolie Jennings, Andrew Stark, Graham Cossins, Raeshma Razvi, Jason Pickens

Laurence Jennings conducted the meeting and served as recording secretary.
Laurence called the meeting to order at 4:08 p.m.

1.0 AGENDA: *It was MSC to adopt the agenda as originally published.*

2.0 MINUTES: *It was MSC to not read aloud but to approve the August BOD meeting minutes as written.*

3.0 ELECTION: *It was MSC (rp-lj/0/mm) to elect Maxx Vice President.*

4.0 FORUM-Open Forum had the following discussion items:

    4.1 Graham Cossins addressed the board to provide an update on his courtyard entry beautification project he and other members were interested in seeing implemented. He reported that sketches had been posted in the common area for people to see. A discussion about wood finishes, paint types and other project particulars ensued. Laurence suggested that an informal committee be formed comprised of Graham, Raj, and Maxx for the purpose of facilitating forward movement on the project in between board meetings. This was agreed to by all.

5.0 PRESENTATION-Andrew Stark's Water Conservation Program:

    5.1 Andrew gave a well organized and informative presentation regarding how members could self evaluate whether or not their toilets were leaking water. A helpful handout summary was provided to the board and everyone present which explained his program, (a derivative of this is to be posted in the yahoo group files section for membership access). Specially designed posters explaining the program will be put up in the common areas periodically, and the materials required (food dye) are available in the laundry room. Laurence thanked Andrew for spearheading the project and expressed the board's appreciation of the member initiative thus shown.

6.0 ACTION ON PREVIOUS BOARD UNFINISHED BUSINESS: *It was MSC (rp-lj/0/mm) to void/set aside all previous board actioned items as agendized.*

(Note: This item was rescheduled from the previous board meeting agenda item 15.0 due to insufficient time to table.)

Earlier this year an issue arose where an association member (Laurence Jennings) threatened to sue the association in order to compel it to begin more carefully adhering to the law in respect to the operation of the BCOA's board. The board acting at that time decided to avert the lawsuit by agreeing to cancel an illegal ballot issue they had tendered, properly conduct legal board elections, ceasing to act as a board once their term limits were exceeded, and inventorying all action items that were not present upon proper agendas or represented in approved minutes. The latter item was never executed as term limits made it impractical for said board to follow up on the item. Laurence inventoried every such improperly actioned item, and each properly actioned item that violated the board's authority under the governance documents directly upon the previous board's agenda & minutes copy sets. Maxx requested that each be read aloud and discussed so that he was clear in regards to them. Laurence did so for the previous board's 2011/2012 term and added a review of the illegal "Rules & Regulations" document that a long

ago board had published without first obtaining membership approval as clearly required by the BCOA governance documents. Maxx agreed with the entire inventory. Laurence's motion referenced ALL previous improper board actions and illegal policies however, to which Maxx made clear he would abstain from voting upon unless all could be read to him. Laurence responded by saying simply that 'illegal was illegal'-and that it was not necessary to read a given item in order for the board to conceptually agree that if it were not legal to adopt at the time-it should not be considered a valid action/policy item at ANY time. Laurence stressed that it was very important for the BCOA to go onto the record clearly stating that the historical culture of the BCOA to ignore its own rules and the laws of the state was simply unacceptable operation and that the BCOA is very serious about doing everything reasonable to correct the errors in its past. Raj agreed with this concept. Maxx maintained his position and wished to abstain from the vote according to his stated position.

The BCOA Rules & Regulations document contained within the yahoo group files section was to be removed as a result of this vote passage. Each previous board action thus struck down will not be otherwise dealt with unless an issue arises in respect to it going forward. Should an issue thus arise in the future-it will be dealt with on a case-by-case basis by recognizing that the relevant board action/policy item sponsoring same is invalid in its entirety.

7.0 MAINTENANCE PRIORITIES:

Raj went over the list of current maintenance priorities, a spreadsheet for which is kept in the files section of the yahoo group for member access.

8.0 SECRETARY/TREASURER'S REPORT: *A new board meeting feature for general communication of "how things are going" from the secretary & treasurer's experience and perspective. This oral report was made by Laurence:*

  8.1 *From the Office of Secretary:* It has been a very busy and challenging time since the last report was given. Deibler failed to pay the accounting service handling the BCOA accounting-so the BCOA paid them directly for September. Deibler threatened the service so that it would not continue working for the BCOA unless he received a monthly fee of $60. going forward-the board refused this extortion attempt. Instead, it purchased its own accounting software so that it would own its own accounting records moving forward, (a very significant problem for the BCOA historically whenever it changed management companies-which has been fairly frequent). Management has hired Jolie Jennings to provide accounting service labor for the BCOA using its software and operating under its sole direction. Relying exclusively on non transparent third parties for management and accounting has not served the BCOA well historically. It has usually not gotten much of what it contracted for, and the quality of what it has received to date has often been substandard at best. Such reliance has placed the operations of the BCOA at serious risk, and led it to a projected state of insolvency in its reserves by 2014. Correcting these problems has proven to be an epic challenge for all concerned-very expensive and terrifically time consuming. The historical economic losses to the BCOA have been extreme in the form of uncollected assessments and unnecessary operating expenses. Much day to day information regarding this has been posted to the yahoo group, and mailed to the membership in the form of reports and assessment letter text. This is part of a vigorous effort to help keep the membership duly informed, and the membership has responded enthusiastically. The project continues.

  8.2 *From the Office of Treasurer:* The BCOA has accomplished an impressive level of historical operating firsts. It has now executed its first assessment self billing in October-using a new assessment schedule contracted for by the previous board that corrects a few glaring clerical errors contained within the previous assessment schedule. The board has had significant new informational material developed to help clarify and simplify how assessment payments are to be made properly-and advise what happens when they do not. The acting board has developed a budget for 2013 which includes a revised assessment schedule with a 20% across the board increase-designed to help aggressively fund the depleted reserves. Vastly improved reserve funding is job #1 for the board and it is doing everything within its ability to correct the inadequately funded reserve issue. The 2013 budget roughly doubles the reserve funding level of the 2010 budget. The 2010 budget is the last budget produced by the BCOA. Previous boards since the 2010 budget was produced have failed to produce their own original annual budgets-choosing essentially to just kick an old budget can down the road instead of actually addressing fiscal requirements with a legitimate budget revision that reflects today's and tomorrow's operating realities.

The board has had the BCOA get set up for complete electronic online banking with payment processing and monitoring provisions of its own ownership that will allow it to very carefully review its finances on a day by day basis. This enables it to know precisely what its daily cash flow is. The board made its first ever major payment into the reserves-$30,000., (which was sorely needed). Very careful fiscal management made this possible.

Finally, the board is continuing its project of integrating a collections service with its management agent's accounting dept. to help make 2013 be the first year ever where assessment collection was kept current and no bad debt is written off.

9.0 PRESIDENT'S REPORT: *A new board meeting feature for general communication of "how things are going" from the president's experience and perspective. This oral report was made by Raj:*

I am very pleased with the speed at which needed historical operating changes have been made with both board functions and general BCOA business operation. I continue to be contacted by members expressing strong support for the work the new 2012/2013 board is undertaking. Our reduced reliance on unaffiliated 3rd party professionals is already clearly benefiting us, and the membership is stepping up to the plate to pitch in with energy and creative ideas.

Because Deibler would not send the BCOA the materials which belong to it, I offered to meet Jeff Deibler at his office to pick them up. His office turned out to be his house, and he wanted to meet at a "neutral" location-so I agreed to meet him for dinner. This was the longest 1.5 hours of my life-during which I was condescended to in general as I had to listen to Jeff sing great praises for himself and dictate what needed to happen at the BCOA. Curiously the recommendations he made were things he never attempted to do while contracted to the BCOA-and which the board began doing back in August as he was busy interfering with the BCOA's business. I came away from that meeting as convinced as ever that Jeff Deibler is simply out of touch with reality-and that self management of the association was the right choice in hindsight.

10.0 BUDGET ADOPTION: *It was MSC to adopt the 2013 budget as agendized.*

The budget will be posted to the yahoo group files section for member access. It contains factors for assessment increase at the maximum amount allowed by law, eliminates bad debt write off, and includes a strong funding provision in the operating account for legal costs the BCOA needs to pursue its fiscal repair throughout 2013. Overall summary: revenue up, expenses down, reserve funding almost doubled.

11.0 ASSESSMENT INCREASE: *It was MSC to adopt the assessment increase as agendized.*

The 2013 assessment schedule will be posted to the yahoo group files section for member access. It has increased association assessments by the 20% maximum amount allowed by law in order to fund the association's reserves-a requirement of state law that the BCOA has long failed to address adequately .

12.0 UTS INTEGRATION: *It was MSC to liaison BCOA accounting with UTS for debt collection as agendized.*

UTS will become the BCOA's only debt collection agency, and will have BCOA receivable reports provided on a daily basis for immediate followup upon member payment delinquency. This is part of an effort to secure the BCOA's revenue base and improve association cash flow while reducing its administrative workload.

13.0 DOME CLEANING CONTRACT: *It was MSC to void the Dome Cleaning contract as agendized.*

The long expired contract with Dome Cleaning was made in direct violation to Bylaw 3.2, which prohibits a board from executing contracts for longer than a 1 year period. Consistent with item 6.0 above, it has been voided in its entirety. The association should note that even though the contract expired, and the previous board directed Deibler to reduce Dome's work, Dome has kept showing up billing for work without abatement of any sort. Laurence has contacted Dome by phone and put a complete stop to this.

14.0 RAT ABATEMENT: *It was MSC to recontract for aggressive rat abatement services as agendized.*

It was discussed that rat abatement is a necessity for Bayside Curt, not a luxury to be cut while meaningless ballot initiatives and landscaping are funded.

15.0 DEIBLER LAWSUIT: *It was MSC to file suit on Deibler SF HOA as agendized.*

Deibler SF HOA has breached their contract and severely damaged the economic and legal interests of the BCOA. A new attorney will be retained for the purpose of filing a civil suit against Deibler to recoup the losses imposed by Deibler's documented multiple breaches of contract, misrepresentation, malpractice, and fraud. Funding for this legal work is already available under item 14.0 of the previous board meeting, and has been provided for in the 2013 budget.

16.0 SOLANO GATEWAY REALTY LAWSUIT:  *It was MSC to file suit on Solano Gateway Realty as agendized.*

Solano Gateway Realty, the owner of record for Unit C, has had a long history of severely violating the CC&R's for direct financial gain at the association's direct financial loss. The board approved additional 2012 legal funding of $1000. for this action item. The budget for 2013 approved pursuant to item 10.0 above allocates an additional $10,000. for such effort. The BCOA will now move aggressively to secure its legal and financial interests accordingly.

17.0 UNIT 990 PAYMENT PLAN REVIEW:  *It was MSC to find the owner of Unit 990 in default of their previously accepted payment plan and to pursue all collections remedies provided by the CC&R's.*

Unit 990 has been very slow to respond to board communications, and has become non participatory in working cooperatively towards an equitable resolve to their payment problems. Unit 990 has failed to comply with the payment plan it negotiated with the previous board, which places it in default thereof and triggers a variety of corrective measures as set forth in the plan and as permitted by the CC&R's. Unit 990 will be sent detailed written notice of these issues.

18.0 CC&R ENFORCEMENT:  *It was MSC to authorize the management agent & BCOA officers to act as agendized.*

This item did not require a board motion per se, but was placed upon the meeting agenda in the interest of making it very clear to the membership that CC&R enforcement is high priority with the acting board. Accordingly, management agent personnel and BCOA officers may act as permitted by the CC&R's to enforce the CC&R's as they may find necessary in executing their day to day operational responsibilities.

19.0 CORRESPONDENCE:-The following correspondence addressed to the board was reviewed:

   19.1 A letter was sent in by Curtis Brown, but rejected for reading as Mr. Brown has been determined not to be a member of the BCOA, has been confirmed by Unit C's owner that he is not a tenant, is not a vendor or an individual with any standing to the BCOA-and therefore there is no need to review anything he writes to the association.

20.0 ADJOURN MEETING:  *It was MSC to adjourn the meeting at 7:45pm.*

-End of Document-

October 23, 2012

**SUBJECT: BCOA Assessment Corrections Applied To November Assessment Schedule**

Dear Bayside Court Member,

Please find enclosed the invoice for your November property assessment. It is important to note that this assessment involves a variety of significant changes which your board wishes to make you very aware of:

## Your assessment level has been changed yet again!

*Those already signed up for some form of non personally mailed paper check must make adjustments for the difference. Those who auto-overpay will have the overpayment amounts automatically credited to their accounts. Those who auto-underpay must make up the difference by November 15 to avoid the addition of late fees and interest.*

## 1) Final Clerical Corrections for Historically Miscalculated Assessment Levels

Deja Vu, or, here we go yet again! The acting board used the previous board's recalculated assessment schedule for October because it lacked the time (given the flood of other changes being fielded), to tackle the project internally. While that schedule was an improvement over what Citiscape saddled us with, it has turned out to be seriously flawed as well. In response to member request-the acting board has had the acting management company (ie: Bayside itself) run the assessment calculations-no more reliance on outside paid "experts". The results were a real eye opener. The assessment schedule has never been correctly calculated by anyone on record despite all the money paid out for the job to date. Our previous attorney blames our previous agent/accounting firm. When contacted about this for explanation-those who were paid to do the work will not return the call or correspondence. So much for professional integrity!

The assessment level applied to each property at Bayside is determined by the board of directors, in accordance with the Bayside CC&R 6.2.3, which in its entirety states:

> *6.2.3. Allocation of Regular Assessments:*
>
> *The items in the budget designated as reserves for painting and roof replacement, insurance premiums, and electricity, gas, and water not separately metered to the Units shall be allocated to all Units in the same proportion that the square footage of each Unit bears to the total square footage of all Units in the Project. The square footage in the Units shall be determined by including the square footage of any mezzanines or lofts. For purposes of allocating assessments, Unit C, which may be used only as a day studio and/or office, shall be treated as if it contained 50 percent of the actual number of square feet therein. All other items in the budget shall be allocated 98.5 percent to all Units other than Unit C, and divided equally among them, and 1.5 percent to Unit C.*

!!!

So in essence, assessment calculation is very simple, and quite straight forward. The problem is no one on record has ever actually made the calculation in response to the written CC&R. Instead, all have fabricated a complex calculation system that employs an elaborate variety of "Variable Factors" to cook up an assessment schedule based upon pure fantasy-not written fact.

EXHIBIT S

**For posterity, here's how assessments are correctly calculated in response to CC&R 6.2.3:**

*The total square footage of the project (currently 50404) is divided into the annual operating cost of the Association (2012 is currently @ $155,637.)-this yields a "$/square foot/year" figure, (currently=$3.09). In other words: "it costs $3.09 per square foot, per year, to operate Bayside."*

*The "$/square foot/year" figure is multiplied against a given member's unit area, to yield the respective annual assessment level for that year. This is then divided by 12 to get a monthly assessment figure.*

That's it!

The summary is: the flawed assessment schedule that's been in place was very advantageous for large units, and very disadvantageous for smaller units. The new schedule lowers assessments for 28 of the 33 units-while raising it for 5. Accordingly, it is important to understand that this is NOT an across-the-board annual assessment increase pursuant to CC&R Article VI, (especially section 6.2.6). Rather, it is a clerical correction which brings all assessment levels into 100% compliance* with the association's CC&R's as required by law. The spreadsheet used to calculate the correct assessment levels has been uploaded to the Yahoo Group Files section for those members who wish to examine it. This is a first, and was done in the interest of complete transparency. Members have a right to know precisely how assessment levels are calculated!

[*Special Note: Unit C, which is being used as a full live/work loft (same as everyone else's unit), and not a "day use studio" in clear violation of the CC&R's, is being assessed at it's full area value accordingly. For the sake of the new assessment calculation, Unit C has had its square footage increased by 50% for known illegal taking of the common areas and known internal construction of floor-area-increasing mezzanine/loft additions pursuant to CC&R 6.2.3 .]

### 2) New Invoice and "Late Payment Demand" (previously "Statement") Formats Now In Use

Do you often find financial paperwork too confusing, unclear, or hard to read? Your board certainly does-so it had new paperwork created to address these issues. We hope you find the new designs easier to utilize. For once-all the info you need is well organized and plainly stated.

### 3) Please Help Bayside Go Paperless!

Save $, save trees, save time...you can do all three by contacting the board in writing and authorizing it to make all communication to you paperless, (ie: e-mailed instead of snail mailed via the US post office). This is win/win for all concerned. Please sign up by sending an e-mail to baysidecourt@yahoo.com which provides your unit # and contains this statement:
*"Please provide all communication to me electronically!"*     ...we'll do the rest!

If you have any questions/problems, please direct them to the association's Secretary & Treasurer, Laurence Jennings, (baysidecourt@yahoo.com), in order to get them properly answered/addressed.

In summary, thanks so much for everyone's patience with the BCOA self management restructuring. Things are going very well-a trend we expect will both continue and accelerate.

Sincerely,
*The 2012/2013 Bayside Board of Directors*

# Member Assessment Invoice

| Invoice # |
|---|
| 099001-1301 |

| Member Account |
|---|
| Sarah Jane Parker Arnett-099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | 1/1/2013 | 1/15/2013 | 10% late fee + 1% per month |

| Assessment Invoice is For | Amount |
|---|---|
| January Monthly Assessment - Thank You! | 1,879.85 |

| | Less Account Credit | $0.00 |
|---|---|---|
| | **Balance Due** | **$1,879.85** |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that past due amounts unpaid more than 30 days after their original due date are considered delinquent in respect to your CC&R section 6.6 .

Once delinquent, a written notice of delinquency is sent to all delinquent member accounts. 30 days after this notice of delinquency, your ENTIRE ANNUAL ASSESSMENT becomes due and payable in its entirety per CC&R section 6.6.3 .

Furthermore, CC&R section 6.6.2 enables the Association to sell a member's property to the highest bidder in order to satisfy the lien present against it, pursuant to CC&R section 6.6.1.

It is therefore very important that you provide full payment to avoid the foregoing enforcement activities from affecting your account and your Association property.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

**Exhibit A**

The land referred to is situated in the County of Alameda, City of Oakland, State of California, and is described as follows:

A CONDOMINIUM COMPRISED OF:

PARCEL ONE:

An undivided 1/33rd interest as tenants in common in and to Parcel A, Parcel Map 6640, filed November 19, 1997, Map Book 232, Pages 81-82, and Lot 1 of Parcel Map 7477, filed May 30, 2000, Map Book 252, Pages 6-7, Alameda County Records.

EXCEPTING THEREFROM:

A.  Units 1 through 16, inclusive, Units 17A, 17B, Units 18 through 27, inclusive, Day Studios B and C also shown as Units B and C, Unit 2825A Myrtle St., Unit 2825B Myrtle St., and Unit 990 28th St., as shown on the Condominium Plan set forth as Exhibit A to the Declaration of Covenants, Conditions and Restrictions recorded July 10, 2000, Series No. 2000203590, Alameda County Official Records, as modified by the Second Amendment to Declaration of Covenants, Conditions and Restrictions, recorded January 12, 2001, Series No 2001017049, Alameda County Official Records.

B.  Exclusive easements for the use, occupancy and possession of the Balconies, Garden Patios, Parking Spaces designated M-1 through M-7, inclusive, F-1 through F-36 inclusive, and Parking Exclusive to 990 28th St., and the Roof Deck as shown on the Condominium Plan and Second Amendment referred to above and as said easements are provided in the Declaration of Covenants, Conditions and Restrictions recorded July 10, 2000, Series No. 2000203590, Alameda County Official Records.

PARCEL TWO

Unit 990 28th Street, as shown on the Condominium Plan referred to above.

PARCEL THREE:

The exclusive right to use the parking area(s) designated F-14 on the Parking Exclusive to 990 28th Street on the Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions and Restrictions referred to above.

APN: 005-0453-061

EXHIBIT U

# BCOA Member Account Invoice

| Invoice # |
|---|
| 099001Retro |

| Member Account |
|---|
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
|---|
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>PO Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Payment Due | Payment Late | Terms |
|---|---|---|---|
| 112-099001 | 5/1/15 | 5/15/15 | 10% late fee + 1% per month |

| Assessment Invoice is For | Amount |
|---|---|
| Retro-Assessment For Actual BCOA Unit Area Found In 2015 To Have Been Understated In Previous Assessment Billings To Your Member Account: $9856.25 | 9,856.25 |
| | Account Credit $0.00 |
| | Balance Due $9,856.25 |

| !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!! |
|---|

It is very important for you to be aware that late payments are considered delinquent in respect to your CC&R section 6.6 & CA Civil Code 5650(b) .

Once delinquent, a written notice of delinquency called a "LATE PAYMENT DEMAND" is sent to all delinquent member accounts. 30 days after this notice of delinquency, any delinquent monthly assessment amount remaining causes your ENTIRE ANNUAL ASSESSMENT to become due and payable in its entirety per CC&R section 6.6.3 .

It is therefore very important that you provide full payment prior to the "Payment Late" date shown on this invoice to avoid the foregoing CC&R 6.6 enforcement activities from affecting your account.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

EXHIBIT Y-1



# FW: Unit 990 Retro Assessment Advisory

**Marlene Fong** <marlene.fong@fonglaw.com>                    Fri, May 1, 2015 at 6:32 PM

**From:** Bayside Court Board of Directors [mailto:baysidecourt@yahoo.com]
**Sent:** Friday, May 01, 2015 6:29 PM
**To:** Marlene Fong
**Cc:** Marc Fong
**Subject:** Unit 990 Retro Assessment Advisory

Dear Ms. Parker,

The BCOA is in the process of correcting all assessments for Bayside given the new information that has come to light from the 2015 remapping project. Basically, the original project maps that Bayside's Developer provided us with as reference material for assessment computation, were in error. As the error's become documented, we are reassessing all affected units.

We are also collecting retro assessments (or providing corresponding retro-reimbursement assessments, as the case may be), for all affected Bayside property owners at this time. The statute of limitations employed for retro calculations is that afforded for HOA Governance Document adherence, which is 5 years.

Your property is in the *retro assessment category*. You have been provided with the accounting summary below so that you may understand how the retro assessment calculation is made.

Note: Unit 990 was previously assessed at 6088 sqft, but has been found through onsite verification and map examination to actually be 6672 sqft in assessable area. The increase is mostly due to inclusion of significant unreported loft area built illegally without building permits in clear violation of the BCOA CC&Rs and local laws, (see recent disciplinary hearing documents sent you). These areas must be assessed in accordance with BCOA CC&R 6.2.3.

EXHIBIT V-2

The retro-assessment computation for Unit 990's underpaid historical assessment is as

**follows:**

Area **D**ifference: 6672-6088=584sq ft. (**D**=584)

**A**ssessment rate effective since 2010:

Rate Period **1**: 05/01/2010-12/31/2012=$0.008459726/day/sq ft (**A1**=0.008459726)

Rate Period **2**: 01/01/2013-04/30/2015=$0.010151671/day/sq ft (**A2**=0.010151671)

**T**ime in Rate Period **1** under assessed: 07/20/2012 thru 12/31/2012 = 975 days (**T1**= 975)

**T**ime in Rate Period **2** under assessed: 01/01/2013 thru 04/30/2015 = 850 days (**T2**= 850)

Retro Assessment Equation: **(D x A1 x T1) + (D x A2 x T2) = Total Retro Assessment $**

*Total Retro Assessment* computed as due and subject to current invoicing: **$9856.25**

*Your new 2015 assessment* moving forward: **$24,285.48/yr,** (vs old assessment of $22,558.20/yr).

Shortly you shall receive a corrected annual assessment invoice for the balance of 2015, (period of 05/01/2015-12/31/2015).

The Files Section of the Yahoo Group contains a current copy ("r5") of the 2015 Assessment Disclosure Report which confirms the new assessment figures effective 04/21/2015, which are being invoiced today for all BCOA Members.

Regards,

-Laurence Jennings, BCOA Treasurer

These are the "draft" board minutes for the board of directors meeting held on March 10, 2015 in the Storage Room Hall at Bayside Court. This was the 6th meeting of the 2014-2015 Board seated via the 06/2014 secret ballot election which closed on July 19, 2014. Draft status continues until formal approval of these minutes occurs via duly noticed Board motion.

*[Note to the reader: The audio for this meeting was captured digitally as an mp3 file for subsequent use in drafting these minutes-all directors present assented to this effort. After subsequent minutes approval by the BOD, the mp3 files are deleted from the BCOA, Inc. file archives. The item enumeration contained below matches that of the published meeting agenda inclusive of all amendments as adopted at the meeting-please refer to said agenda if you need more detail. "Board" & "BOD" denotes "BCOA Board of Directors". The acronym "MSC" denotes "motion made, seconded, and carried by majority vote". The acronym "MSD" denotes "motion made, seconded, and defeated by majority vote". For non unanimous votes, the MSC/MSD acronyms are followed by the initials of "yes" voters, then "no" voters, then abstaining voters in (x/y/z) format. No votes is denoted with a zero "0".]*

**Directors & Officers Present:** Raj Patel (rp) Director/President--Justin Hu (jh) Director/Vice President 1--Lawrence Drouin (ld) Director/Vice President 2----Laurence Jennings, Secretary/Treasurer/BCOA Registered Agent

**Association Invited Guests Present:** Jo Lee Jennings, BCOA Management Agent

*The Secretary conducted & recorded the meeting for Management to document-meeting was convened at 6:05 pm.*

\*\*\*

Advisory to Minutes Readers: these minutes are being done in an abbreviated (non newsletter like extended format) to prevent lawsuit litigants from opportunistically taking minute segments out of context and using them to create meritless claims in actions where the BCOA is attempting to collect monies owed it through formal collections actions. This change will continue until further advised.

\*\*\*

1.0 Adopt Latest Meeting Agenda Version

*It was MSC to adopt this meeting's latest agenda as originally published.*

2.0 Reading & Approval of Previous Board Meeting Draft Minutes

*It was MSC to not read aloud but to simply approve the draft 01/07/2015 BOD meeting minutes.*

3.0 Review Correspondence & Ratification of Official Board Communications

*This item was held as agendized without ratification being tabled.*

4.0 Open Forum for Members (conducted per Bylaws section 7.6)

*The open forum was conducted as agendized.*

Open Forum lasted a marathon 2 hours. Unit C, Unit 990, Unit 3 and general Member Fiscal Responsibility issues were discussed at length until the ~12 Members and full Board present collectively assented to moving on with the balance of the meeting's agenda. Members requested a detailed list of what constituted Member "Fiscal Responsibility" items. That list will be generated and published accordingly.

5.0 Presentations: Secretary/Treasurer Operations & Presidential State-of-the-Union Reports

*The Secretary/Treasurer & Presidential Reports were given as agendized.*

6.0 Current Repair & Maintenance Priorities & Ratification of All Recent Site Work Undertaken

*This item was conducted as agendized without ratification being tabled.*

The big news is that the concrete spalling & stucco along 28th street are being repaired for the first time ever. There are multiple construction projects occurring simultaneously all over Bayside in 2015. The Board is working hard on Operation Spiff to improve property values into the strong real estate market present, so that long time Members who wish to sell their units (after the long hosing the recession delivered), can obtain top dollar in the 2015 market.

7.0 Ratification of Misc. Parking Items: #F38 Sale, #39 Lease, & $7000./Space Sales Pricing

*It was MSC to ratify this item as agendized.*

8.0 Ratification of BCOA Mortgage Document, Grant Deed Map, & Sales Figures for New Unit C

*It was MSC to ratify this item as agendized. (Director Drouin was recused from this item as an interested party.)*

The total monies received for the new Unit C = $199,788.28. This versus <$130,000. total expended to settle all pending litigation with Unit C's former owner. The new Unit C assessment is $315.57/month. These results allow the BCOA to recoup all of the tremendous costs Unit C's former combative owner saddled the association with. They also enable the association to boost its future revenue stream from the property by >1050% over what it was prior to mid 2012, while expediently clearing all of the building code violations, fire and insurance risks it had posed.

9.0 Ratification of Offer To Buy Senior Lien Position On Unit 990 & Authorization to Foreclose

*It was MSC to ratify this item as agendized.*

10.0 Authorization to File Stay of Bankruptcy & Collections Lawsuit Against Unit 990 Owner

*It was MSC to authorize this item as agendized.*

This action is a central component of the BCOA's extensive Unit 990 2015 debt collection plan. The BCOA is undeterred in its collections efforts by a Member's decision to file bankruptcy, abandon their property, surrender their deed to secured creditors in order to maintain 5 yrs of Federal Bankruptcy protection, and flee the state in order to avoid payment of Member responsibilities to the association. Unit 990 represents 12% of the BCOA's revenue base. Unit 990 has not paid a regular assessment since October 2012. It is only through careful cost conscious management, a tremendous amount of volunteer time donated, the development of significant operating savings in programs such as the new waste disposal program, the processing of Unit C from fiscal problem to fiscal feature, and the highly unpopular leasing of BCOA Common Areas such as the Storage Room (etc), that has prevented this 12% loss of revenue from directly resulting in regular assessment increases in 2013, 2014, and 2015. Assessment increases greatly reduce BCOA property market value. The Board is doing everything it can to honor its 5yr goal of preventing a regular assessment increase before 2018, while simultaneously running "Operation Spiff" to improve Bayside's Common Areas conditions as it also repairs ~12 years of abject governance neglect.

11.0 Authorization to Relamp Bayside Court With LED Lighting & Increase Fixture Locations

*It was MSC to authorize this item as agendized.*

Member input was requested in the Yahoo Group, and the general consensus was that Members did not want the net amount of area illumination increased markedly-preferring things essentially the way they are. Currently there are 10 out of 18 lamp fixtures not in service. Of these, only the parking lot lamp out at Light Pole #2 and the fixture on the west side of Unit 6 in the Filbert lot, plus one fixture in the 28th St lot will be relamped/refixtured. A fixture for the new Garbage Enclosure will be added. In addition to pleasing Members, this net fixture reduction will reduce our electrical energy and relamping hardware costs significantly.

12.0 Authorization to Create & Lease/Sell New Parking Space #F41

*It was MSC to authorize this item as agendized.*

This serves to relable a space previously known as #F0, as #F41.

13.0 Assignment of Underused Common Areas to Unit A & C Exclusive Use Per CIV 4600(3)(E)

*It was MSC to authorize this item as agendized. (Director Drouin was recused from this item as an interested party.)*

This allows heretofor underutilized and relatively inaccessible Common Areas which were a financial burden on the association, to become healthy new revenue sources at the same time that their maintenance responsibility is transferred to private parties away from the Membership.

14.0 Adoption of BCOA Architect Maps for 2015 CC&R Ballot Initiative

*It was MSC to authorize this item as agendized. (Director Drouin was recused from this item as an interested party.)*

The BCOA maps provided by the original developer do not match physical construction present and are so illegible that the County Clerk Recorder will no longer accept them as legitimate-to-record documents. Meanwhile state law requires HOAs to permanently retain accurate physical drawing records of their developments. This item attempts to

resolve these issues by adopting new architect-drawn maps for subsequent Member approval via ballot initiative.

15.0 Portico Repair Responsibility Assignment Ruling

*It was MSC to authorize this item as agendized. (Director Patel was recused from this item as an interested party.)*

After much discussion in Open Forum regarding this issue, the assignment ruling held that the the cost of Portico Reconstruction would be limited to repair, not full replacement. Unit 3 is to bear the majority of the reframing, deck substrate and deck surface replacement costs which were preliminarily estimated to be at least $2200.00, if repair was handled cost effectively in-house with the Martinez Crew. Unit 4 is to bear a minority of the reframing costs. Units 3 & 4 will have the option, at their additional cost, of choosing whatever finished deck surface they prefer. The BCOA is to bear the full cost of design and project management, all costs associated with improving the existing drainage design, and all costs related to sealing the building separation at the joint between the Portico & the Main Building, removing the stains from the Main Building, and paying for any permit and/or construction disposal fees, etc. The overall project is to be executed in a manner that stringently minimizes the costs of repair for all parties.

16.0 Board Policy (Bylaw Amendment) for Exclusive Use Common Area Fiscal Responsibility

*It was MSC to amend the Bylaws as agendized.*

After much discussion in Open Forum regarding this issue, the general consensus was that Members being wholly responsible for the total costs of use of their Exclusive Use Common Areas & Member Unit Responsibility Features-as long as they had control over their continued existence-was a good idea. The Board agreed. An amendment will be drafted, and provided to Directors for their subsequent comment and/or assent.

17.0 Ratification of, & Board Policy (Bylaw Amendment) for, BCOA General Invoicing Terms

*It was MSC to both ratify the procedures/terms involved & amend the Bylaws as agendized.*

The amendment will be drafted, and provided to Directors for their subsequent comment and/or assent.

18.0 Board Policy (Bylaw Amendment) for Virtual Petitions & General Petitioning Procedure

*It was MSC to amend the Bylaws as agendized.*

The amendment will be drafted, and provided to Directors for their subsequent comment and/or assent. The amendment will specify that only "wet signature" (singed in ink) physical petitions are to be recognized as legitimate petitions from BCOA Members.

19.0 Adoption of Revised BCOA Bylaws

*It was MSC to adopt the revised Bylaws as agendized.*

20.0 Executive Session: Construction Project Handling, Ratification of Unit XX Payment Plan

*Executive session was held as agendized. It was MSC to adopt the Unit XX Payment Plan as agendized.*

21.0 Adjourn Meeting

*It was MSC to adjourn the meeting at 9:25pm.*

-end of document-

***

SECRETARY'S CERTIFICATE

I hereby certify that I am the duly elected & acting BCOA Secretary & that the foregoing Board Minutes constitute the final and approved minutes of the BOD Meeting that occurred on the date listed on the first page of this document:

_____

*BCOA Secretary: Laurence Jennings*

**FONG & FONG**

A PROFESSIONAL CORPORATION

◆ ◆

2161 HARBOR BAY PARKWAY
ALAMEDA, CALIFORNIA 94502-3019
Telephone: (510) 748-6800
Facsimile: (510) 748-6822

MARLENE FONG
OF COUNSEL

Direct Dial: (510) 748-6800 Ext. 110
Email: marlene.fong@fonglaw.com

October 29, 2014

Ocwen Loan Servicing
City National Bank/Ocwen Loan Servicing
Attn: Bankruptcy Dept.
P.O. Box 24738
West Palm Beach, FL 33416-4738
*(Loan Number 7140079711)*

Vida Capital
c/o Joshua Scheer
Sheer Law Group
155 N. Redwood Drive, #100
San Rafael, CA 94903-1966
*(Loan Number 0004328888)*

Bayside Court Owners Association
PO Box 81
Willits, CA 95490-0081
*(Account Number 112-099001)*

Vida Capital
c/o Axis Foreclosure Services
2911 Aberdeen Lane
El Dorado, CA 95762
*(Trustee Sale No. TS13-0014)*

|  |  |
|---|---|
| *Re:* | *Offer of Surrender* |
| *Owner:* | *Sarah-jane Parker* |
| *Property:* | *990 28th Street, Oakland, CA* |
| *Case No.:* | *C13: 14-44083* |

To Whom It May Concern:

Pursuant to Debtor Sarah-jane Parker's Chapter 13 Plan, filed October 22, 2014, Debtor plans to surrender the above-referenced property in full satisfaction of all outstanding debt to Creditors Ocwen Loan Servicing and Vida Capital. Surrender shall be in full satisfaction of any secured claim by Bayside Court Owners Association.

Debtor proposes to transfer legal and equitable title to Ocwen Loan Servicing, Vida Capital or Bayside Court Owners Association in satisfaction of claims against the property. Please advise in writing if Ocwen Loan Servicing, Vida Capital or Bayside Court Owners Association desires to accept surrender of this property by November 6, 2014. Upon approval of the Bankruptcy Court, Debtor will execute either a quitclaim, deed in lieu of foreclosure or other transfer document in favor of the accepting creditor.

Very truly yours,

FONG & FONG

By: _____

Marlene Fong, Esq.

MF:bc
cc: Client

Parker, Sarah J. (P1954).Bankruptcy.LETTERS.Offer to Surrender.Ocwen.Vida.Bayside Court.Oct 29.14

**From:** "baysidecourt@yahoo.com [filbertstreetlofts]" <filbertstreetlofts@yahoogroups.com>
**Date:** October 8, 2014 at 12:00:24 PM PDT
**To:** <filbertstreetlofts@yahoogroups.com>
**Subject: [filbertstreetlofts] Unit 990's Owner Filed Bankruptcy Today**
**Reply-To:** filbertstreetlofts@yahoogroups.com

Dear Members,

Today Unit 990's owner decided to spend another $5,000. plus to enter bankruptcy and attempt to evade paying her debts. Score another tropical vacation for another attorney.

Unit C did the same thing in July-and that bankruptcy has been dismissed. So there's another $5,000. plus that has been wasted on unnecessary attorney vacations, er, fees-instead of just paying their debts to our association.

Round and around we go on the debtor merry-go-round.

At least the attorney's will have nice tan lines to show off!

-Your Board

Posted by: baysidecourt@yahoo.com

Reply via web post  •  Reply to sender  •  Reply to group  •  Start a New Topic  •  Messages in this topic (1)

**VISIT YOUR GROUP**

• Privacy • Unsubscribe • Terms of Use

# BCOA Late Payment Demand & Notice of Delinquency

| Member Account |
| --- |
| Sarah Jane Parker Arnett 099001<br>990 28th Street<br>Oakland, CA 94608 |

| Payment Instructions |
| --- |
| Write Your Account # on Check and Send Payment To:<br>Bayside Court Owners Association<br>First Bank<br>P.O. Box 15031<br>Vallejo, CA 94591-1931 |

| Account # | Demand Date | Amount Due |
| --- | --- | --- |
| 112-099001 | 10/2/15 | $53,514.71 |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 10/07/14 | Balance forward | | 163,249.18 |
| 10/08/14 | GENJRNL Pre-bankruptcy debt currently charged off (Stayed) | -163,249.18 | 0.00 |
| 01/01/15 | INV #099001-2015. Due 12/15/14. | 22,558.20 | 22,558.20 |
| 01/02/15 | Due 01/02/15. Late Fee | 2,255.82 | 24,814.02 |
| 02/02/15 | INV #FC 166. Due 02/02/15. Finance Charge | 386.39 | 25,200.41 |
| 03/01/15 | INV #990-150221V. Due 03/01/15. | 2,500.00 | 27,700.41 |
| 03/01/15 | INV #990-Reimb. Due 03/01/15. | 1,705.31 | 29,405.72 |
| 03/01/15 | INV #990-150107V. Due 03/01/15. | 1,000.00 | 30,405.72 |
| 03/02/15 | INV #FC 170. Due 03/02/15. Finance Charge | 228.48 | 30,634.20 |
| 03/15/15 | Due 03/15/15. Late Fee | 520.53 | 31,154.73 |
| 04/02/15 | INV #FC 172. Due 04/02/15. Finance Charge | 322.29 | 31,477.02 |
| 04/30/15 | INV #990-150426V. Due 04/30/15. | 6,500.00 | 37,977.02 |
| 05/01/15 | INV #099001Retro. Due 05/01/15. | 9,856.25 | 47,833.27 |
| 05/01/15 | INV #099012015B. Due 05/01/15. | 1,151.52 | 48,984.79 |
| 05/02/15 | INV #FC 190. Due 05/02/15. Finance Charge | 310.46 | 49,295.25 |
| 05/15/15 | Due 05/15/15. Late Fee | 1,635.63 | 50,930.88 |
| 06/02/15 | INV #FC 193. Due 06/02/15. Finance Charge | 382.87 | 51,313.75 |
| 06/02/15 | Due 06/02/15. Late Fee | 115.15 | 51,428.90 |
| 07/02/15 | INV #FC 198. Due 07/02/15. Finance Charge | 507.24 | 51,936.14 |
| 08/02/15 | INV #FC 200. Due 08/02/15. Finance Charge | 519.36 | 52,455.50 |
| 09/02/15 | INV #FC 202. Due 09/02/15. Finance Charge | 534.61 | 52,990.11 |
| 10/02/15 | INV #FC 204. Due 10/02/15. Finance Charge | 524.60 | 53,514.71 |
| 10/02/15 | Amount Due | | 53,514.71 |

| 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE |
| --- | --- | --- | --- |
| 534.61 | 0.00 | 519.36 | 51,936.14 |

## !!! IMPORTANT INFORMATION ABOUT LATE PAYMENTS !!!

It is very important for you to be aware that amounts shown on this notice are delinquent!

This CA Civil Code 5650(b) responsive notice of delinquency is sent to all delinquent member accounts. Delinquent monthly assessments not paid within 30 days after this notice of delinquency will cause your ENTIRE ANNUAL ASSESSMENT to become due and payable pursuant to CC&R section 6.6.3 .

CC&R 6.6.4 allows the BCOA to levy all costs of delinquent account collections against your member account. These costs can be very significant and can easily exceed the "amount due" shown on this document.

CC&R section 6.6.2 enables the Association to sell a member's property to the highest bidder in order to satisfy the lien present against it, pursuant to CC&R section 6.6.1.

It is therefore very important that you provide full payment to avoid the foregoing CC&R 6.6 enforcement activities from affecting your account and your Association property.

Bayside Court Owners Association - PO Box 81 - Willits, CA 95490 - (707) 459-2287 - baysidecourt@yahoo.com

EXHIBIT Z