

**The following constitutes the order of the Court.
Signed: February 20, 2019**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

SARAH-JANE PARKER,

   Debtor.

Case No. 14-44083 CN
Chapter 13

**ORDER AFTER TRIAL**

The court entered a Memorandum Decision After Trial on Debtor Sarah-Jane Parker's ("Parker") motion for damages for violations of the automatic stay and contempt of the discharge injunction on January 29, 2019. The Memorandum Decision instructed Parker to promptly file a motion for reasonable attorneys' fees and costs under Bankruptcy Code §362(k) if she intends to seek fees and costs in connection with her §362(k) motion. No motion for reasonable attorneys' fees and costs has been filed. Accordingly, and good cause appearing,

**IT IS HEREBY ORDERED** that Parker shall file and serve a motion for attorneys' fees and costs by **March 6, 2019.** Parker shall notice a hearing on the motion for a date on or before **April 1, 2019.** Failure to comply with the terms of this order will result in the court entering a final judgment for Parker in the amount of $54,000 (including $39,000 in property right interference damages, $5,000 in emotional distress damages, and $10,000 in punitive damages).

\* \* \* END OF ORDER \* \* \*

Case No. 14-44083 CN

**COURT SERVICE LIST**

All recipients are ECF participants.