Entered on Docket
April 11, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 11, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

SARAH-JANE PARKER,

    Debtor.

Case No. 14-44083 CN
Chapter 13

**JUDGMENT**

    The court conducted a trial on a contested matter brought by debtor Sarah-Jane Parker against respondents Bayside Court Owners Association, Inc., Andrew S. Cantor, Lawrence Drouin, Justin Hu, Laurence Jennings and Raj Patel (collectively, "Respondents") seeking damages under Bankruptcy Code §§ 362(k), 524 and 105. Trial commenced on May 29, 2018 and lasted five non-consecutive days, concluding August 21, 2018. For the reasons set forth in this court's Memorandum of Law, entered January 29, 2019, and its Order Awarding Fees and Costs, entered April 11, 2019,

    **IT IS HEREBY ORDERED** that Parker is awarded $433,116.95 in damages against Respondent Bayside Court Owners Association, Inc. under Bankruptcy Code §362(k). Respondents Laurence Jennings and Raj Patel are jointly and severally liable for $39,000.00 of this damages award. Judgment on Parker's claims under Bankruptcy Code §§524 and 105 is entered in favor of Respondents.

* * * END OF ORDER * * *

Case No. 14-44083 CN

**COURT SERVICE LIST**

All recipients are ECF participants.

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

JUDGMENT AFTER TRIAL

2