LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (SBN 129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorney for Respondents
LAURENCE JENNINGS, RAJ PATEL,
JUSTIN HU, LAWRENCE DROUIN,
BAYSIDE COURT OWNERS ASSOCIATION,
and ANDREW CANTOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

SARAH-JANE PARKER,

         Debtor.

Case No. 14-44083 CN 13

**NOTICE OF APPEAL**

    Respondents LAURENCE JENNINGS, RAJ PATEL, JUSTIN HU, LAWRENCE DROUIN, BAYSIDE COURT OWNERS ASSOCIATION, and ANDREW CANTOR hereby appeal from the final Judgment entered in this matter on April 11, 2019, and the underlying Order Awarding Attorneys' Fees and Costs dated April 11, 2019 and Memorandum Decision After Trial dated January 29, 2019.

    The names of all parties to the Judgment appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

DEBTOR SARAH-JANE PARKER

Marlene A. Fong SBN 111560
Marc Alan Fong SBN 80049
Fong & Fong APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510.748.6800
Email: marlene.fong@fonglaw.com

RESPONDENTS LAURENCE JENNINGS, RAJ PATEL, JUSTIN HU, LAWRENCE DROUIN, BAYSIDE COURT OWNERS ASSOCIATION, and ANDREW CANTOR

Miriam Hiser (129824)
Law Offices of Miriam Hiser
550 Montgomery, Suite 650
San Francisco, California 94111
Tel. 415.345.9234
Email: mhiser@hiserlaw.com.

Dated: April 24, 2019.    .                    LAW OFFICES OF MIRIAM HISER

                                           By: /s/ Miriam Hiser_____
                                           Miriam Hiser
                                           Attorneys for Respondents
                                            LAURENCE JENNINGS, RAJ PATEL,
                                            LAWRENCE DROUIN, JUSTIN HU,
                                           BAYSIDE COURT OWNERS
                                           ASSOCIATION, and ANDREW CANTOR