Marc Alan Fong SBN 80049
Marlene A. Fong SBN 111560
FONG & FONG APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 107
Email: mfong@fonglaw.com
Attorneys for Debtor Sarah-jane Parker

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SARAH-JANE PARKER,

Debtor

**Case No. 14-44083 CN13**

**District Court No. 19-cv-2588-YGR**

DEBTOR'S SUPPLEMENT TO DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Debtor and Cross Appellant Sarah-jane Parker supplements her Statement of Issues to be Presented and Designation of Additional Items to be Included in the Record on Appeal as follows:

ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD:

42. Notice of Cross Appeal and Statement of Election, Doc. #324, filed May 7, 2019.

Dated: June 21, 2019    FONG & FONG APC

/s/ Marlene A. Fong

Attorneys for Debtor, Appellee and Cross Appellant Sarah-jane Parker