Marlene A. Fong SBN 111560
Marc Alan Fong SBN 80049
FONG & FONG APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 110
Email: marlene.fong@fonglaw.com
Attorneys for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA AT OAKLAND

In re:

SARAH-JANE PARKER, Debtor

Vs.

LAURENCE JENNINGS; RAJ PATEL; JUSTIN HU; LAWRENCE DROUIN; BAYSIDE COURT OWNERS ASSOCIATION, INC.; SCOTT JORDAN, ESQ.; ANDREW CANTOR, ESQ.,

Respondents

No. 4:19-cv-02588-YGR

**Bankruptcy Case No. 14-44083 CN13**

DECLARATION OF MARLENE A. FONG IN SUPPORT OF MOTION BY SARAH-JANE PARKER FOR ATTORNEYS' FEES AND COSTS ON APPEAL UNDER 11 U.S.C. 362(k)(1)

Date: May 21, 2021
Time: 11:00 a.m.
Courtroom: 215

I, MARLENE A. FONG, declare as follows:

    1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States Courts for the Northern District of California. I have personal knowledge of the facts set forth below and if called as a witness am competent to testify thereto. I am one of the attorneys for debtor Sarah-jane Parker in this matter. I have worked on this matter continuously since October 8, 2014 when the bankruptcy case was filed. I handled the

underlying stay violation and discharge violation claims from initial filing on November 3, 2015 through judgment in April 2019, and then the appeal and cross-appeal.

2. I have been a member of the California State Bar since 1983. I have been in practice at Fong & Fong P.C. as an attorney since 1983. My firm has represented hundreds of common interest developments as general counsel, litigation counsel, and bankruptcy counsel.

3. Since 1983 I have handled all aspects of representing homeowner associations including interpretation, enforcement, and amendment of governing documents (CC&Rs, Bylaws, Articles, and Rules), assessment collections, preparation of assessment claims and liens, assessment foreclosures, proofs of claim, and motions for relief from stay and other bankruptcy matters involving associations. I have handled bankruptcy matters for individual Chapter 7 and Chapter 13 debtors and have represented homeowner associations in bankruptcies filed by members of associations.

4. My normal billing rate to clients is $350.00 per hour. This rate is below the typical rate charged by attorneys with similar experience in the Bay Area.

6. Attached hereto captioned "Attorney Time: Parker Appeal" is a compilation of the time logged by myself, Marc Fong. Esq., and Christina L. Henry, Esq. in handling this appeal from April 25, 2019 forward. I prepared this document.

7. I kept contemporaneous written records of my time spent on the case and a description of the nature of the work performed. The attached compilation of time records correctly sets forth the time spent on this case from April 25, 2019 through April 5, 2021.

9. Parker has incurred the following costs:

Filing fee on appeal $298.00 paid 5/7/19 (Doc. #324)

Pro Hac Vice fee for Christina Henry $310.00

Parking fee in SF for meeting with Christina Henry $34.00

Bridge toll $7.00

Total costs: $649.00

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed April 5, 2021 at Alameda, California.

/s/ Marlene A. Fong