# AttorneyTime: Parker Appeal

| Date | Atty | Matter | Time |
|---|---|---|---|
| 4/25/19 | Mar[i] | Receive BCOA's Notice of Appeal; research timeliness and appeal procedure | 2.9 |
| 4/28/19 | Mult[ii] | Email exchange with C. Henry re: working together on appeal | 0.1 |
| 4/29/19 | Mult | Download and study BAP Litigants Guide and BAP Local Rules; evaluate motion to dismiss untimely appeal; telephone conference with C. Henry re association as co-counsel appeal | 1.5 |
| 5/1/19 | Mult | Email exchange with co-counsel election to BAP or District court, deadline for cross-appeals and In Re Perl case | 0.3 |
| 5/2/19 | Mar | Research appeal issues, procedures | 1.0 |
| 5/2/19 | CH[iii] | Review post trial briefs, decision after trial and fee order | 2.2 |
| 5/3/19 | CH | Discussion with co-counsel re Taggart, the Dickerson brief on appeal and relevance to Parker | 0.2 |
| 5/3/19 | Mult | Multiple emails with prospective co-counsel C. Henry re issues, cross-appeal; briefing; choice of courts (BAP vs DC); legal research on cross-appeal issues and arguments to support them | 1.2 |
| 5/7/19 | CH | Draft and discuss Notice of Cross-Appeal and Election to District Court | 0.2 |
| 5/7/19 | Mar | Prepare and file Notice of Cross-Appeal, Statement of Election to District Court; research procedure | 3.0 |
| 5/9/19 | Mar | Receive and review Respondents' Statement of Issues and Designation of Record; notes to file on validity of central arguments; Research on Standard of Review, "clear error," "mixed law and facts," "de novo" | 4.2 |
| 5/10/19 | CH | CH Review BCOA's Statement of Issues on Appeal | 0.3 |
| 5/10/19 | Mult | Attorney conference re how to allocate work and fee arrangements with C. Henry; discuss BCOA "Statement of Issues" | 0.0 |
| 5/12/19 | Mar | Study BAP's briefing order, (different from Rule 8018 time limits); work on Appellee's brief (our opposition to BCOA appeal) (NC) | 1.1 |
| 5/13/19 | Mar | Research "statement of issues," study example briefs, read legal articles on effective statement of issues, statement of facts; worked on draft of statement | 2.2 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/13/19 | Mar | Receive and review multiple notices from District Court | 0.4 |
| 5/13/19 | Mar | Email exchange with co-counsel re BCOA's Statement of Issues | 0.1 |
| 5/15/19 | Mult | Email exchange with co-counsel re fees and Sundquist case, automatic stay presentation | 0.3 |
| 5/17/19 | Mar | Work on "Statement of Issues and Record on Appeal." | 1.0 |
| 5/17/19 | Mult | Email exchange with co-counsel with proposed statement of issues. | 0.5 |
| 5/20/19 | Mar | Review evidence, BK court rulings, re "issues" raised by BCOA for appeal; legal research on standard of review; work on opposition brief | 3.0 |
| 5/21/19 | CH | Edit and review designation of record. Discuss Statement of Issues on Cross-Appeal and applicability of Taggart ruling to corporations with co-counsel | 0.5 |
| 5/21/19 | Mar | Research law; work on opposition brief to BCOA appeal; edit Statement of Issues | 2.0 |
| 5/21/19 | Mult | Multiple emails with co-counsel C. Henry re issues on appeal in Dickerson, level of proof in Taggart, court error re: contempt under 11 USC 105, creditor subjective "good faith, debtor burden showing how money applied and no discharge violation, whether corporation can have subjective belief/Dickerson case. | 1.6 |
| 5/22/19 | Mar | Legal research; work on opposition brief | 2.0 |
| 5/23/19 | Mult | Email exchange with co-counsel re possibly expanding cross-appeal to include inadequate punitive damages award, studied 1/29/19 judgment for insight on court's thinking | 0.8 |
| 5/23/19 | CH | Co-counsel conference re whether to appeal punitive damages award | 0.3 |
| 5/26/19 | Mult | Email exchange with co-counsel re Sundquist and punitive damages and establishing BCOA's value based on assessments | 0.4 |
| 5/29/19 | Mar | Work on appellee's brief for cross-appeal | 0.5 |
| 5/30/19 | Mar | Appellee's brief for cross-appeal | 3.0 |
| 5/31/19 | Mar | Appellee's brief for cross-appeal | 1.8 |
| 6/3/19 | Mar | Receive and study Supreme Court Taggart decision; review of BK Court's decision; review of BK court's decision on discharge violation; legal | 3.8 |

| | | | |
|---|---|---|---:|
| | | research on standard of proof for discharge violation in light of Taggart decision. | |
| 6/3/19 | Mult | Email exchange with co-counsel | 0.4 |
| 6/4/19 | Mult | Work on cross-appeal brief based on Taggart ruling; lengthy memo to co-counsel re impact of ruling on our cross-appeal | 3.0 |
| 6/5/19 | Mar | Legal research; work on our reply to BCOA's issues on appeal | 1.8 |
| 6/6/19 | Mar | Work on cross-appeal legal research, brief; memo re effect of SCOTUS Taggart decision on cross-appeal | 2.0 |
| 6/9/19 | Mult | Email to C. Henry re briefing schedule, appeal issues | 1.0 |
| 6/10/19 | Mar | Research on amendment of pleadings during trial re BCOA's contention of error; work on appellee brief | 2.0 |
| 6/11/19 | Mar | Work on cross-appeal brief; legal research on burden of proof in discharge violation, in light of new SCOTUS decision in Taggart | 1.6 |
| 6/14/19 | Mar | Work on cross-appeal brief; legal research on "contempt" standard in light of SCOTUS Taggart ruling | 2.0 |
| 6/26/19 | CH | Review briefing schedule for appeal | 0.1 |
| 6/26/19 | Mult | Receive and review cert of record, transmission to District Court; email exchange with C. Henry; receive and review record on appeal; lengthy email to C. Henry re briefing schedule, dates | 1.1 |
| 6/27/19 | Mar | Study sample appellee briefs in Federal cases; legal research on standard of review for issues raised by BCOA; study Sunquist case re issues applicable to this case | 2.2 |
| 7/9/19 | MAF[iv] | Receive and review email from attorney Hiser seeking 60-day delay in filing briefs; legal research, outlined reply | 1.0 |
| 7/10/19 | Mar | Email letter to attorney Hiser re her "stipulation" and request for briefing extension: January 29 and April 11 court rulings and BCOA's April 11, 2019 notice of appeal; has not identified reason for delay, has had ample time to prepare. We have extended accommodations previously when warranted. | 1.5 |
| 7/10/19 | Mar | Receive and review BCOA motion to extend time to file briefs | 0.3 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/10/19 | MAF | Email response from Hiser re: our email and her threat to complain to the State Bar | 0.1 |
| 7/12/19 | Mar | Declaration of Marc Fong re opposition to BCOA time extension; edit, revise declaration and points and authorities, filed with court | 1.5 |
| 7/12/19 | Mult | Prepare co-counsel agreement for C. Henry; receive and review multiple District Court filings by attorney Hiser; email to C. Henry re issues on cross-appeal and BCOA appeal (NC) | 0.0 |
| 7/16/19 | Mar | Work on opposition to likely BCOA brief; outlining; research | 3.0 |
| 7/16/19 | CH | Review rules on page length for cross-appeal. Review motions to extend time | 0.4 |
| 7/17/19 | Mar | Work on cross-appeal brief | 2.3 |
| 7/17/19 | MAF | Receive and review further Declaration from attorney Hiser; prepare Marc Fong supplemental declaration opposing extension to file opposition brief | 2.0 |
| 7/22/19 | Mult | Email exchange with Christina Henry regarding Taggart memo relevant to Parker's case | 0.1 |
| 7/18/19 | Mar | Work on cross-appeal brief | 1.0 |
| 7/25/19 | Mult | Email exchange with co-counsel re Supreme Court Taggart decision | 0.1 |
| 8/4/19 | Mar | Evaluation of BCOA's "issues on appeal;" 4-page memo discussing standard of review, what BCOA will have to prove | 1.8 |
| 8/5/19 | Mar | Memo discussing law and facts, applicable standard of review for each of BCOA's issues on appeal; added new "analysis" section | 1.5 |
| 8/5/19 | Mult | Review email from co-counsel re Dickerson reply brief laying out Taggart issues, court ruling on BCOA extension | 0.1 |
| 8/6/19 | Mar | Research whether motion is needed to amend statement of issues in light of Taggart decision; outline motion | 1.0 |
| 8/6/19 | Mar | Complete 5-page memo discussing BCOA's "issues" | 1.4 |
| 8/6/19 | Mult | Email exchange with C. Henry re statement of relevant facts and BCOA's post-trial brief and BCOA's take on the issues, exhibit BZ/50 accomplishments | 0.3 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/20/19 | Mult | Email exchange with C. Henry re Pro Hac Vice, review Cross-Appeal procedure article | 0.4 |
| 8/22/19 | CH | Review additional issues on appeal; review docket regarding deadlines | 0.3 |
| 8/22/19 | CH | Review docket regarding deadlines (NC) | 0.0 |
| 8/22/19 | Mult | Attorney conference re Duane Morris request for extension | 0.2 |
| 8/29/19 | Mult | Email exchange with Christina Henry re: application for Pro Hac Vice in the Northern District of California | 0.1 |
| 9/6/19 | Mult | Email exchange with C. Henry re BCOA's extension to October 4 to file brief | 0.1 |
| 9/9/19 | Mar | Legal research, draft "supplemental issue on appeal" re stay violation damages. | 2.0 |
| 9/9/19 | Mar | Study N.D. local rules re motions; drafted stipulation to allow supplemental issue | 1.6 |
| 9/9/19 | Mar | Legal research on likely arguments by BCOA brief | 0.8 |
| 9/10/19 | Mult | Multiple emails with C. Henry re briefing schedule, amendment of issues. Receive and review article from C. Henry re continuing stay violation encompassed damages for many years after the initial violation and entitlement to attorneys fees | 2.0 |
| 9/10/19 | Mar | Draft motion to amend issues on appeal; research on procedure, whether to file in BK Court vs. District Court | 2.0 |
| 9/11/19 | Mult | Email exchange with C. Henry re supplemental "issues on appeal," will seek stip from DuaneMorris, new firm handling appeal, contact from Ron Oliner of Duane Morris. | 1.2 |
| 9/13/19 | MAF | Email to attorney Oliner re stipulation to amend issues | 0.5 |
| 9/16/19 | Mult | Email exchange with C. Henry | 0.1 |
| 9/16/19 | Mult | Attorney conference re getting response from attorney Oliner | 0.1 |
| 9/17/19 | Mult | Email exchange with C. Henry re Pro Hac Vice (Expense $310 fee for Pro Hac Vice appearance) | 0.1 |
| 9/19/19 | MAF | Receive and review reply from attorney Oliner re stipulation to amend issues (says not inclined) and says to file a motion. | 0.2 |

**AttorneyTime: Parker Appeal**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/19/19 | Mar | Work on motion to amend issues | 1.0 |
| 9/20/19 | Mult | Email exchange with C. Henry re insurance attorney Oliner and Dickerson case. Review Greger v. Barnhart and US v. Pallares-Gallan cases | 0.7 |
| 9/20/19 | Mult | Study cases provided by C. Henry; email exchange with C. Henry re same | 1.3 |
| 9/25/19 | Mult | Receive and review order granting Motion for Pro Hac Vice as to C. Henry. Email exchange with C. Henry. Edit letter to Hiser. (NC) | 0.0 |
| 9/27/19 | Mar | Review trial transcript re whether BCOA is contending that post-petition/pre-petition BCOA claims are still owed | 1.2 |
| 10/3/19 | Mar | Prepare declaration of Marc Fong in support of motion to amend issues | 0.6 |
| 10/3/19 | Mult | Email to C. Henry re motion to supplement 's Statement of Issues on Appeal and Marc Fong's Declaration in Support; timing of BCOA's opening brief. | 0.2 |
| 10/4/19 | Mult | Receive and review BCOA opening brief. Email exchange with C. Henry re motion for supplemental issues | 1.5 |
| 10/5/19 | Mult | Review of BCOA brief, research points raised; email exchange with C. Henry | 1.0 |
| 10/6/19 | CH | Review BCOA's opening brief on appeal | 0.8 |
| 10/6/19 | Mult | Review, annotate BCOA brief. Email to C. Henry re BCOA's statement of issues in opening brief is different than their statement filed 5/8/19 | 0.6 |
| 10/6/19 | Mult | Email exchange with C. Henry re BCOA's failure to file excerpts of record to cite in brief, review case re changing issues, BCOA did not file an appendix or excerpts of record and scheduling conference | 0.6 |
| 10/7/19 | Mult | Review, annotate BCOA brief; legal research on points raised; telephone conference with co-counsel C. Henry | 3.0 |
| 10/7/19 | Mult | Emails with C. Henry re review In re Wages case and examples of excerpts of record | 0.2 |
| 10/7/19 | Mar | Receive and review filed stamped version of Taggart opening brief | 0.4 |
| 10/8/19 | Mar | Study and annotate BCOA brief, legal research; started outline of our reply | 3.8 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/9/19 | Mar | Study BCOA brief, legal research on points raised; outlined responses to points raised | 3.5 |
| 10/10/19 | Mar | Continue study of BCOA brief | 0.5 |
| 10/11/19 | Mar | Evaluate BCOA argument re attorneys fees, research cases cited | 1.0 |
| 10/13/19 | MAF | Voicemail from Ron Oliner re: mediation. Telephone call to client. Email exchange with attorney Oliner | 0.8 |
| 10/17/19 | Mar | Evaluate BCOA argument re attorneys fees | 1.2 |
| 10/17/19 | Mult | Telephone conference with C. Henry re brief | 0.5 |
| 10/18/19 | Mult | Email exchange with C. Henry re updates, potential for settlement, mapping out BCOA's brief and scheduling meeting | 0.2 |
| 10/21/19 | Mult | Meeting with co-counsel C. Henry in San Francisco, discuss issues, allocation of responsibility, recent decisions in relevant 9th Circuit cases | 3.0 |
| 10/22/19 | Mar | Outline of our reply brief, topics to cover, order of presentation | 2.0 |
| 10/23/19 | Mar | Work on our reply brief; legal research, notes to file | 2.0 |
| 10/24/19 | Mar | Legal research, work on reply brief | 0.8 |
| 10/24/19 | Mult | Email to C. Henry with briefing order | 0.2 |
| 10/28/19 | Mar | Legal research and writing, issues re "settlement offers" and "late payment demands" | 2.0 |
| 10/28/19 | Mult | Receive and review email from C. Henry re 2018 case when new legal arguments are allowed on appeal | 0.4 |
| 10/29/19 | Mar | Outline reply brief | 0.8 |
| 10/30/19 | Mar | Legal research, outline reply brief | 3.3 |
| 10/31/19 | Mar | Draft section of reply brief addressing attorney fee award and mitigation issue | 2.0 |
| 11/1/19 | Mar | Continue writing reply re attorneys fees; legal research; worked on "seizure of 990" section | 5.4 |
| 11/2/19 | Mar | Writing and research, work on reply to Part V of BCOA brief | 1.5 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/3/19 | Mar | Work on reply brief, research on how to apply "clear error" standard in practice | 1.5 |
| 11/4/19 | Mar | Legal research and writing | 2.5 |
| 11/5/19 | MAF | Telephone conference with attorney Oliner re settlement | 0.3 |
| 11/5/19 | Mar | Legal research and writing; "standard of review" and how it applies to each element of this case | 5.4 |
| 11/6/19 | Mar | Legal research and writing | 2.1 |
| 11/6/19 | Mar | Study article on "Why appeals Courts Rarely Reverse Lower Courts" | 1.0 |
| 11/6/19 | Mar | Study Razzak v. Wells Fargo (ND Cal case) | 1.0 |
| 11/8/19 | Mar | Legal research and writing | 2.5 |
| 11/11/19 | Mar | Work on punitive damages section of reply brief; drafting and legal research | 5.0 |
| 11/12/19 | Mar | Located and studied several examples of appellee's briefs in Federal Court; legal writing | 3.6 |
| 11/13/19 | Mar | Legal writing, opening brief; legal research; complete first full-length outline of brief (24 pages) | 6.1 |
| 11/14/19 | Mar | Legal writing, worked on section headings for answering brief | 1.2 |
| 11/18/19 | Mar | Continued work of converting outline to full-text brief | 4.0 |
| 11/19/19 | Mar | Legal writing, legal research; edited, revised entire answering brief, added new sections, deleted earlier versions | 8.3 |
| 11/20/19 | Mar | Continue edits and brief | 1.0 |
| 11/21/19 | Mar | Extensive re-write of several sections of brief | 2.0 |
| 11/22/19 | Mar | Edits of brief | 0.5 |
| 11/25/19 | Mar | Legal writing, editing; work on statement of facts; statement of the case | 2.7 |
| 11/26/19 | Mar | Factual history section of reply brief | 1.7 |
| 12/2/19 | Mar | Work on summary of arguments; introduction; case history | 4.3 |
| 12/3/19 | Mar | Summary of arguments, case history | 1.8 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/4/19 | Mar | Complete first draft of opposition to BCOA, edit brief | 2.0 |
| 12/4/19 | Mar | Start draft of cross-appeal | 3.0 |
| 12/5/19 | Mar | Continue cross-appeal, stay violation damages duration | 5.3 |
| 12/6/19 | Mult | Edit and proof answering brief; emailed Draft of Answering Brief, BCOA Opening Brief, Decision (012919), Judgment (041119), Order awarding attorneys fees to C. Henry discussing appeal issues and procedure and scheduling | 2.0 |
| 12/8/19 | Mar | Wrote introduction to cross-appeal | 1.3 |
| 12/9/19 | Mar | Cross-appeal, "contempt" section | 4.9 |
| 12/10/19 | Mar | Legal writing, cross-appeal contempt issues | 4.0 |
| 12/11/19 | Mar | Cross-appeal contempt issues | 1.8 |
| 12/12/19 | Mar | Cross-appeal; also edited reply brief | 2.6 |
| 12/13/19 | Mar | Cross-appeal, discharge violation section | 2.0 |
| 12/14/19 | Mar | Cross-appeal, discharge violation section | 1.0 |
| 12/22/19 | Mar | Receive and review email from C. Henry re Dickerson supplemental brief | 0.5 |
| 12/23/19 | Mar | Receive and review supplemental Taggart-based brief from co-counsel | 0.9 |
| 12/26/19 | Mar | Work on reply brief re "fee request" issues | 3.0 |
| 12/27/19 | Mar | Cross-appeal, stay violation issues | 3.2 |
| 12/30/19 | Mar | Work on cross-appeal argument | 1.0 |
| 1/13/20 | CH | Initial review of draft of cross-appeal | 0.7 |
| 1/13/20 | Mult | Email exchange with C. Henry with draft of cross-appeal argument. Discuss whether to submit Excerpt of Record, handling of exhibit, making sure trial exhibits are in the District Court file, conclusion section, word count, procedure and scheduling. | 0.4 |
| 1/14/20 | CH | Edit answering brief on cross-appeal | 2.5 |
| 1/15/20 | CH | Continue editing answering brief on cross appeal email to co-counsel | 1.8 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/25/20 | Mult | Email exchange with C. Henry re revising brief based on edits | 0.2 |
| 1/27/20 | Mult | Email to C. Henry with revised brief, discussion re key issues, Taggart/contempt issue, accrual of stay violation damages, Excerpt of Record | 0.6 |
| 2/11/20 | CH | Review new draft of the cross-appeal brief | 0.7 |
| 2/11/20 | Mult | Email from C. Henry re review of draft brief, LeGrand case. Reply email with revised draft of brief inserting discussion of LeGrand case, further edits and scheduling. | 0.6 |
| 2/11/20 | Mar | Review new LeGrand decision; incorporate opinion into opening brief | 1.4 |
| 2/12/20 | Mar | Edit draft of opening brief | 1.5 |
| 2//13/20 | Mar | Edit brief for length and clarity | 1.2 |
| 2/17/20 | Mult | Receive and review email from C. Henry. Review: Manikan v. Peter Freeman Appeal, Reply Brief and Responding Brief | 0.8 |
| 2/17/20 | Mar | Incorporate into our cross-appeal brief | 0.4 |
| 2/17/20 | Mar | Edit opening brief re whether "lien" still exists after obligation eliminated | 0.6 |
| 2/19/20 | Mar | Continue work on opening brief; edit text; generate table of authorities | 2.5 |
| 2/20/20 | Mar | Add new text to opening and cross-appeal discussing new cases including LeGrand | 1.9 |
| 2/21/20 | Mar | Edit brief, add new text discussing recent cases, application to cross-appeal | 1.3 |
| 2/27/20 | Mar | Prepare Table of Contents for opening brief, cross-appeal | 1.0 |
| 2/28/20 | Mult | Email to C. Henry with final version of brief. Review of final version (CH). Discussion re scheduling and response time. Several emails re impressions, edits, etc. | 1.2 |
| 3/2/20 | CH | Edited Table of Contents; Table of Authorities and copy editing | 3.0 |
| 3/3/20 | Mult | Email exchange with C. Henry re edits, review proposed final version | 0.8 |
| 3/4/20 | CH | Edit headings and titles of sections | 0.7 |
| 3/4/20 | Mult | Email exchange with C. Henry re edits, timing of filing, etc. | 0.2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/6/20 | CH | Made final edits and prepared for filing | 0.6 |
| 3/6/20 | Mult | Review final draft. Email exchange with co-counsel re word count, evidentiary materials, case citations, table of authorities, question about identity and role of Patel, formatting issues, table of contents, etc. | 0.7 |
| 3/23/20 | MAF | Email exchange with Ron Oliner re: stipulation to extend briefing deadlines | 0.2 |
| 3/24/20 | MAF | Received and reviewed Order on Stipulation, to Extend Deadlines to File Appellate Briefs filed by BCOA | 0.1 |
| 3/25/20 | Mar | Receive and review Order as Modified by the Court by Judge Rogers granting stipulation (BCOA Reply Brief due by 6/8/2020.  Reply Brief due by 6/22/2020) | 0.1 |
| 4/6/20 | Mult | Receive and review email from C. Henry re Taggart did not let corporate employees off the hook for stay violation. Review second email from C. Henry: review Gammons case (auto stay case under Taggart).  Case cites Parker.  Email exchange with C. Henry re supplemental brief | 0.2 |
| 4/7/20 | Mar | Work on supplemental brief.  Email exchange with C. Henry re same | 0.3 |
| 4/12/20 | Mar | Review of 3/16/20 Suh v. Anderson (In re Jeong) and 3/31/20 Gammons v. MTM Development cases; draft Supplemental Brief on cross-appeal to advise court of these relevant cases | 2.0 |
| 4/14/20 | Mult | Review of supplemental brief on cross-appeal regarding the new decisions citing Parker and finding damages for continuing sstay violation—Gammon and in re Jeong | 0.4 |
| 4/17/20 | Mar | Draft memo re settlement in response to inquiry from BCOA appellate attorney; draft letter discussing issues in appeal of existing judgment, likely additional damages on remand, costs and risks to BCOA | 4.3 |
| 4/20/20 | Mar | Continue to work on settlement memo and position paper for transmission to BCOA's appellate attorney including fees for work on discharge violation for work from mid 2016 through trial | 4.3 |
| 4/21/20 | Mar | Researched damages if case remanded | 0.6 |
| 4/22/20 | Mar | Researched our ability to claim further emotional distress damages on remand | 0.6 |
| 4/22/20 | Mar | Draft (proposed) "settlement factors" letter to BCOA's  appellate attorney | 1.4 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/23/20 | Mar | Edit and expand settlement factors letter; research further damage claims | 1.0 |
| 5/4/20 | Mult | Edit letter to BCOA's counsel discussing costs and risks of appeal and renewed trial; email with co-counsel seeking comment on same | 0.5 |
| 5/13/20 | MAF | Telephone conference with client re status of appeal and prospective negotiation with BCOA. Discuss settlement issues and factors | 1.0 |
| 5/13/20 | Mar | Draft settlement evaluation memo | 1.0 |
| 5/14/20 | Mult | Email exchange with C. Henry re attorney time | 0.1 |
| 5/18/20 | MAF | Email exchange with Ron Oliner re settlement negotiations, Parker demand, and expectation that BCOA's brief be timely filed | 0.2 |
| 5/18/20 | MAF | Several telephones with Oliner and client | 1.3 |
| 5/19/20 | MAF | Email to Oliner re our offer to settle | 0.2 |
| 5/23/20 | MAF | Email to Oliner in response to his 5/22 call. Parker's demand is not starting point | 0.1 |
| 6/8/20 | Mar | Receive and review BCOA reply brief; research points raised in reply to cross-appeal | 2.6 |
| 6/10/20 | Mar | Work on our reply brief on cross-appeal; legal writing and research re stay violation issues in BCOA cross-appeal reply | 6.2 |
| 6/11/20 | Mar | Work on our reply brief on cross-appeal; legal research and writing re stay violation issues, automatic stay remains in effect | 3.4 |
| 6/12/20 | Mar | Work on reply brief on cross-appeal; legal research and writing, stay violation issues, "surrender" of property; "362(c)" argument invalid | 4.1 |
| 6/13/20 | Mar | Work on reply brief on cross-appeal; legal research and writing, stay violation issues; discharge violation issue, effect of Supreme Court Taggart ruling on contempt | 3.0 |
| 6/14/20 | Mar | Work on reply brief on cross-appeal; failure of BCOA to address issues in our cross-appeal brief; application of "fair ground of doubt" standard to facts of this case; remand mandatory | 5.1 |
| 6/15/20 | Mar | Work on reply brief on cross-appeal; complete first draft; edit entire brief, revise | 3.8 |
| 6/16/20 | Mult | Email exchange with C. Henry re reply brief | 0.4 |

| | | | |
|---|---|---|---|
| 6/16/20 | Mar | Work on reply brief: edit, re-read BCOA brief, annotated same. | 1.9 |
| 6/17/20 | Mult | Email exchange with C. Henry. Review In re Jones re stay as to property upon plan confirmation. | 1.0 |
| 6/18/20 | Mult | Email exchange with C. Henry re property still in debtor's name, Roman case (BAP decision), In re Moon, In re Vanamann, Sundquist not vacated. Gregory case, court held plan that proposes to pay nothing does "provide" for the claim, whether BCOA raised new issues in not in their opening brief. Regardless of Goudelock, BCOA could not collect from Parker personally during ongoing 13 case | 0.8 |
| 6/18/20 | Mar | Revise arguments on stay and discharge violation issues; edit for length and clarity; work on table of contents and table of authorities. Proofread | 4.2 |
| 6/21/20 | Mult | Email exchange with C. Henry re whether to file separate motion to strike all/part of BCOA's reply since new arguments raised not raised in original opening brief | 0.2 |
| 6/22/20 | Mult | Work on final edits of reply prior to filing; multiple emails with co-counsel re same | 1.0 |
| 6/24/20 | Mar | Research potential for motion to strike parts of BCOA reply; comparison of "reply" with original opening brief to evaluate whether reply impermissibly raises new issues | 1.0 |
| 6/30/20 | MAF | Email from Ron Oliner re setting up conference call with Betsy Miller re settlement. Email to C. Henry | 0.1 |
| 7/1/20 | MAF | Receive telephone message from C. Henry. Email exchange with Oliner | 0.1 |
| 7/2/20 | MAF | Conference call with attorneys Oliner and Miller | 0.6 |
| 7/4/20 | Mult | Email exchange with C. Henry re BCOA unprepared to discuss substantive issues/numbers and Oliner did not participate after introductory remarks. Discuss BCOA "continuing" the violation with the appeal, additional liability on the "discharge" violation/continuing stay violation | 0.6 |
| 7/22/20 | MAF | Email from attorney Miller re BOD wants to mediate, needs to educate the BOD so they can make fully informed decision. Miller says settlement money available from insurance and money in her trust account (members paid Miller instead of Marshal's levy). Unclear whether BOD has been duly elected and able to represent BCOA, also threatens bankruptcy | 0.2 |
| 7/22/20 | Mult | Email with C. Henry re prefer to get decision first | 0.3 |

13

Case: 14-44083    Doc# 409-1    Filed: 04/05/21    Entered: 04/05/21 20:37:29    Page 13 of 17

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Time |
|---|---|---|---|
| 7/24/20 | Mult | Attorney conference re viability of BCOA threat to declare bankruptcy: creditor approval, BCOA's claims against former attorneys, other board members, mandatory special assessment, etc. | 0.2 |
| 8/5/20 | MAF | Email from Miller re waiting for a response to their request for a mediation. Miller confirms that Jennings and her clients still contesting for control of BCOA so no point in agreeing to mediate with Miller if BOD are not authorized to act on behalf of BCOA | 0.1 |
| 8/6/20 | MAF | Email to Miller that Parker is not opposed to mediation if she confirms that she has authority to negotiate on BCOA's behalf | 0.1 |
| 8/7/20 | MAF | Receive and review response from Miller, will respond more fully next week | 0.1 |
| 8/14/20 | MAF | Receive and review response from Miller: court proposed judicially supervised election by September 29, 2020 and they anticipate a mediation could occur thereafter. Receive second email from Miller re election is to be completed by September 30, 2020 | 0.1 |
| 10/2/20 | MAF | Email from Miller re election complete as of today, three directors are ready to move forward, wants response re mediator selection | 0.1 |
| 10/6/20 | MAF | Email to BCOA attorneys Miller and Oliner re proposed mediators | 0.1 |
| 10/13/20 | MAF | Telephone conference with attorney Oliner, confirms HOA will pay for mediation, selection of Meadows as Mediator. Telephone call to client re status | 0.2 |
| 10/20/20 | MAF | Email exchange with attorneys Miller and Oliner and Sullivan re mediation | 0.1 |
| 10/26/20 | MAF | Email to BCOA attorneys re whether they have confirmed mediation date | 0.1 |
| 10/22/20 | MAF | Multiple emails with attorneys Miller, Oliner, Sullivan to confirm mediation date(s) (11/16 or 12/2) | 0.1 |
| 10/30/20 | MAF | Telephone call with Oliner, he needs to move mediation to December 2. Confirmed with client. Email exchange with BCOA/insurance attorneys re client availability on December 2 | 0.2 |
| 11/9/20 | MAF | Email exchange re preliminary mediation conference, briefs, start time | 0.1 |
| 11/11/20 | MAF | Conference prior to meeting with mediator re pending settlement conference, discussion re Manikan, Taggart on remand, Sundquist not vacating decision. Meeting with mediator | 1.0 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/19/20 | MAF | Email to client re mediation scheduling and Jennings requiring different attorney (not Oliner) | 0.1 |
| 11/23/20 | MAF | Email from Miller re Meadow's availability. Email to client re Jennings not available for December 2 date, other possible dates. Email from Miller re BCOA preferred dated (1/13 or 1/14). Email to client. Email to BCOA attorneys re 1/13 | 0.2 |
| 11/24/20 | Mar | Receive and review Taggart 9th Circuit opinion filed today; meeting with co-counsel re significance | 1.0 |
| 12/7/20 | MAF | Receive and review email and instructions from Judicate West re parties and fees. Email exchange with BCOA/insurance attorneys (NC) | 0.0 |
| 12/11/20 | Mar | Draft 7 page memo to opposing counsel discussing issues on appeal, value of Parker's claims for settlement purposes | 1.5 |
| 12/15/20 | MAF | M: Receive and review email from Judicate West re process, briefing schedule and fees. Email to Judicate West re fee term does not match agreement with BCOA/insurance attorneys. Email from Oliner re waiting for signed substitution from Jennings which is a condition to Oliner's participation (NC) | 0.0 |
| 12/17/20 | MAF | Receive and review email from mediator, Dave Meadows re process | 0.2 |
| 12/23/20 | MAF | Email exchange with Meadows re scheduling a pre-mediation session | 0.4 |
| 1/4/21 | Mar | Work on mediation brief | 1.2 |
| 1/6/21 | MAF | Email exchanges with Meadows and client re pre-mediation session | 0.1 |
| 1/6/21 | Mar | Received and reviewed email from Oliner re won't be able to exchange written statement today, will submit tomorrow | 0.1 |
| 1/6/21 | Mar | Draft mediation brief | 1.8 |
| 1/7/21 | MAF | Receive and review Meadows Zoom invitation; receive and review Appellants' mediation statement from Oliner | 0.3 |
| 1/8/21 | Mult | Email to C. Henry re mediation date | 0.1 |
| 1/11/21 | Mult | Meeting among counsel to prepare for meeting with mediator later today; review of recent 9th circuit and BAP cases relevant to our case | 1.2 |
| 1/11/21 | Mult | Telephone conference with client and pre-mediation meeting with Meadows | 1.0 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/12/21 | Mar | Review of 9th BAP Moon opinion; memo re effect on our appeal if any (contempt liability, punitive damages, attorneys fees) | 0.6 |
| 1/12/21 | Mar | Memo re items to point out to mediator.  Per his request email to Meadows: trial decision, attorneys fee award, judgment, opening brief and reply brief.  Second email to Meadows with documents in response to BCOA's contention that invoices stated they were for informational purposes only | 1.4 |
| 1/13/21 | MAF | Attended all day Mediation | 8.8 |
| 1/15/21 | MAF | Receive and review email from Meadows re if Parker is willing to settle around Jennings and Patel. M:  telephone conference with Meadows | 0.3 |
| 1/15/21 | Mult | Email exchange with C. Henry re mediator's question regarding settling around Jennings | 0.1 |
| 1/27/21 | Mult | Email exchange with C. Henry re mediator's proposal, Jennings' issues | 0.1 |
| 2/12/21 | Mult | Telephone conference with Meadows re BCOA's exposure not limited by insurance, cannot escape liability through bankruptcy, affirmative duty to levy special assessment and possible additional insurance due to Drouin's action.  Meadows requests more information | 0.6 |
| 2/12/21 | Mult | Email exchange with C. Henry re status and new auto-stay case | 0.1 |
| 2/16/21 | Mar | Work on documentation for Meadows re Drouin liability as additional funding for settlement | 1.8 |
| 2/17/21 | Mar | Began draft of letter to Meadows re Drouin liability, title and assessor map research | 1.1 |
| 2/23/21 | Mar | Continue work on letter to Meadows | 1.0 |
| 2/26/21 | Mar | Complete and email 10-page letter to Meadows with 130+ pages of exhibits discussing multiple sources of funds, potential insurance claims available to BCOA.  Receive and review response from Meadows re new exposure for the BCOA and possible new funds; also advised Jennings has new cumis counsel | 0.7 |
| 3/22/21 | Mult | Receive and review decision of District Court; researched whether attorneys fees must be sought in District Court, or in BK Court; legal research on fees for cross-appeal.  Email exchange with C. Henry re fee petition | 3.7 |
| 3/22/21 | Mult | Email exchange with C. Henry re fee petition | .1 |

# AttorneyTime: Parker Appeal

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/23/21 | Mult | Email exchange with C. Henry re fees motion and request for invoices | .1 |
| 3/23/21 | MAF | Email to Dave Meadows | 0.1 |
| 3/24/21 | MAF | Telephone conversation with Dave Meadows | 0.3 |
| 3/25/21 | Mar | Research procedure for motion for fees on appeal; studied example motions in District Court | .8 |
| 3/25/21 | Mar | Work on points and authorities in support of motion | 2.1 |
| 3/26/21 | Mult | Email from C. Henry re fees | .1 |
| 3/27/21 | Mar | Work on points and authorities in support of motion | .3 |
| 3/27/21 | Mult | Email exchange with C. Henry re fees motion, order and timing | .1 |
| 3/28/21 | Mult | Email exchange with C. Henry re her CV | .1 |
| 3/29/21 | Mult | Work on points and authorities in support of motion | .6 |
| 3/30/21 | Mar | Draft Declarations of Marc Fong and Marlene Fong | 1.5 |
| 4/2/21 | Mult | Email exchange with C. Henry re fees for multiple attorney events | .1 |
| 4/4/21 | Mult | Email exchange with C. Henry re date petition needs to be filed, procedure, Declaration | .1 |
| 4/5/21 | Mult | Draft Declaration of Christina Henry | 2.0 |
| 4/5/21 | Mult | Email exchange with C. Henry re attorney time | .1 |
| 4/5/21 | MAF | Telephone call and email exchange with Oliner re meet and confer | .2 |
|  |  | Total Hours: | 364.3 |

---

[i] Mar: Marlene Fong
[ii] Mult: Multiple Parker attorneys/co-counsel. Charged for one attorney
[iii] CH: Christina Henry
[iv] MAF: Marc Alan Fong