# CHRISTINA L. HENRY

626 195th St SE, Bothell, WA 98012
chenry@hdm-legal.com • 425.999.4398

## PROFESSIONAL EXPERIENCE

HENRY & DEGRAAFF, PS, Seattle, Washington
**Partner/Attorney**, 2012–Present

Represent consumers and debtors in proceedings involving diverse consumer issues, including the Consumer Protection Act, Fair Debt Collection Practices Act, the Consumer Loan Act, student loans, debt collection defense, the Americans with Disabilities Act and appellate bankruptcy matters. Litigate cases from inception through to trial and judgment. Meet with clients to discuss case and formulate strategy; research and brief relevant issues of law; draft motions, pleadings, and other legal documents; manage discovery and conduct depositions; and present oral arguments for motion practice.

- Brief and/or argue several significant Ninth Circuit Court of Appeals cases, including bankruptcy, attorney's fees, federal preemption, private student loans, quiet title, and damages claims for emotional distress and punitive damages.
- Successfully litigate consumer related cases against medical, student loan, mortgage servicers, homeowner's associations, debt collectors, and unsecured debt buyers for wrongfully collecting on debts not owed and for misleading collection tactics.
- Currently litigating several matters re quiet title on time barred mortgage obligations, failure to complete loan modifications, the collection of time barred debts, and private student loan issue that are not owed, in violation of the Fair Debt Collection Practices Act and for Consumer Protection Act claims.
- Completed six-day federal bench trial against the Seattle Public School District on behalf of a child with autism who was denied a free and public education in violation of the Americans with Disabilities Act. Awaiting court's ruling.

SEATTLE DEBT LAW, LLC, Seattle, Washington
**Principal/Attorney**, 2006-2012

Served as principal in a firm focused on chapters 7 and 13 consumer bankruptcy representation and additional practices in Fair Credit Reporting Act litigation, Fair Debt Collection Practices Act Litigation and debt negotiation. Conducted legal research. Drafted various legal documents, including motions, pleadings, and correspondence. Prepared and responded to discovery requests. Met with clients to explain and determine legal strategy.

- Served as lead counsel in all aspects of bankruptcy trial regarding emotional distress and punitive damages for stay violation.

CROCKER LAW GROUP, PLLC, Seattle, Washington
**Associate Attorney**, 2004–2006

Applied legal expertise as an associate at bankruptcy law firm focusing on debtor representation for both consumer and commercial clients. Conducted legal research. Drafted various legal documents, including motions, pleadings, and correspondence. Met with clients to explain and determine legal strategy.

RCO LEGAL, P.S., BELLEVUE, Washington
**Associate Attorney**, 2002–2004

Directed and oversaw all facets of the Washington State bankruptcy practice with focus on representing residential mortgage creditors. Supervised, managed, and trained paralegal staff. Processes a volume caseload, and regularly worked with corporate clients for direction and negotiation of legal matters.

*Continued…*

THE HONORABLE WHITNEY RIMEL, US BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, Fresno, California
**Judicial Law Clerk**, 2000–2002

Drafted court opinions, researched relevant bankruptcy laws, suggested rulings regarding law and motions calendars, and reviewed chapters 7, 11, and 13 pleadings and bankruptcy petitions.

## EDUCATION

**Juris Doctor**, BOSTON COLLEGE LAW SCHOOL – Newton, MA

**Bachelor of Arts in Asian Studies**, DARTMOUTH COLLEGE – Hanover, NH

## PROFESSIONAL ASSOCIATIONS

Washington State Bar Association
National Association of Consumer Bankruptcy Attorneys
National Association of Consumer Attorneys

## REPRESENTATIVE CASES

- *Goudelock v. Sixty-01 Ass'n of Apartment Owners*, 895 F.3d 633 (9th Cir. 2018), *cert. denied,* 139 S. Ct. 580, 202 L. Ed. 2d 406 (2018). Ninth Circuit found that condominium association assessments that became due after the debtor has filed for chapter 13 bankruptcy are dischargeable.

- *In re Gray,* 567 B.R. 841 (Bankr. W.D. Wash. 2017), Creditor and counsel held liable for violating automatic stay after debtors were arrested based on prepetition bench warrants issued at request of creditor.

- *In re Schwartz-Tallard*, 803 F.3d 1095 (9th Cir 2015). Co-counsel for the National Association of Consumer Bankruptcy Attorneys (NACBA) at the rehearing stage in a major case regarding fee-shifting statute under the Bankruptcy Code. Co-authored amicus brief for the *en banc* Court. In adopting our position, the Court agreed to overrule one of its past decisions, eliminate a circuit split, and provide relief affecting thousands of debtors in the Ninth Circuit.

- *In re Snowden*, 769 F.3d 651 (9th Cir. 2014). Ninth Circuit affirmed $12,000 emotional distress and $12,000 punitive damages award for a payday loan of $550, presented in violation of the bankruptcy automatic stay. Case also distinguished *Sternberg v. Johnston* and allowed attorney fees to establish automatic stay violation.

## PUBLICATION & PUBLICITY

- Private Student Loan Debt Hits Crisis Point, September 2012, King County Bar Bulletin

- Ipso Facto Clauses: Ninth Circuit Bankruptcy Law in Flux, August 2012, King County Bar Bulletin

- Regular guest on *About the Money* public affairs program on KCTS-TV Seattle, 2008-2009

- Interviewed and referenced in numerous articles in local and national publications, including; *Grads Declare Bankruptcy Under Mountain of Student Loan Debt,* King 5 News Report, 5/21/2012; *The Dark Side of Student Debt*, Kiplinger, 6/2011; *Homestead Exemption Change,* The Seattle Times, 7/27/2007; *Law Shields $125,000 in Home Equity from Creditors,* Seattle Post-Intelligencer, 8/27/2007; *Gamblers Strike out in Suits Tied to Las Vegas Casino Markets,* Las Vegas Sun, 2/4/2011

## LANGUAGES

Fluent in English and Mandarin Chinese.