Marlene A. Fong SBN 111560
Marc Alan Fong SBN 80049
FONG & FONG APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 110
Email: marlene.fong@fonglaw.com
Attorneys for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA AT OAKLAND

In re:

SARAH-JANE PARKER, Debtor

Vs.

LAURENCE JENNINGS; RAJ PATEL;
JUSTIN HU; LAWRENCE DROUIN;
BAYSIDE COURT OWNERS
ASSOCIATION, INC.; ANDREW
CANTOR, ESQ.,

Respondents

**No. 4:19-cv-02588-YGR**

**Bankruptcy Case No. 14-44083 CN13**

DECLARATION OF MARC ALAN FONG
IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND COSTS ON
APPEAL UNDER 11 U.S.C. 362(k)(1)

Date: May 21, 2021
Time: 11:00 a.m.
Courtroom: 215

I, MARC ALAN FONG, declare as follows:

    1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States Courts for the Northern District of California. I have personal knowledge of the facts set forth below and if called as a witness am competent to testify thereto. I am one of the attorneys for debtor Sarah-jane Parker in this matter.

    2. I have been a member of the State Bar of California since 1978. I am a founding partner of the firm of Fong & Fong, a real property and business law firm. I have been involved in all aspects of common interest development law for over 40 years, serving twice as President

of the regional chapter of the Community Associations Institute. I have served on the legal resource panel for the Executive Council of Homeowners, an umbrella organization of persons and businesses involved in community associations, where I authored one of the first Officers and Directors Guides for use by homeowner association boards. I have represented hundreds of homeowner associations in complex matters and litigation. I am a consultant to CEB's *Advising California Common Interest Communities* on litigation matters. I have served as vice chair of the State Bar Real Property Section, chair of the Alameda County Bar Real Property Section, and chair of the State Bar Common Interest Development Subsection.

I have also served as general counsel and litigation counsel to a number of businesses including a national restaurant chain, a biotech company, and a high technology firm.

In addition to my law practice I serve as a mediator and arbitrator, resolving disputes of every kind. I am an ADR panelist for the American Arbitration Association, the United States District Court, the California Court of Appeal, and the Superior Court of California. I have served on the Board of Advisors, Cal State University East Bay, College of Business and Economics, and as Board member and President of the Leukemia and Lymphoma Society.

I have received awards and recognition including Northern California Super Lawyer, Martindale-Hubbell AV Preeminent status, and Who's Who in American Law, and have been a speaker many times at State Bar and CEB courses on homeowner association matters.

3. My current billing rate is $500.00 per hour. However, for purposes of this fee application and in light of the $400.00 per hour rate commonly billed in this region by bankruptcy attorneys, I believe $350.00 per hour would be an appropriate "lodestar" rate for my time spent on this matter. I have set this figure in order that all attorneys working on this appeal will have the same "lodestar" rate of $350.00 per hour, simplifying the evaluation of this motion by the court.

4. I kept contemporaneous records of my time spent working on this matter. Attached to the April 5, 2021 declaration of Marlene Fong filed herein is a compilation of the time spent by myself and Marlene Fong, as well as co-counsel Christina L. Henry, captioned "Attorney Time: Parker Appeal." I coordinated with Marlene Fong in the preparation of the document. The records accurately and correctly reflect the attorney time I personally spent on this case.

5. I handled communications with Ms. Parker during the appeal, as I had done during the bankruptcy case and trial since 2014. I periodically updated Ms. Parker on the status of the case

and solicited her views, as reflected in my time records.

6. I participated in many conferences with co-counsel Christina L. Henry regarding the issues and strategy, as reflected in my time records.

7. On October 13, 2019 I was contacted by Ron Oliner of the Duane Morris firm (BCOA appellate counsel) to ask if Parker would be willing to participate in mediation of the entire range of issues, both the existing $433,000 judgment and Parker's issues on her cross-appeal. At about the same time I was contacted by Elizabeth (Betsy) Miller, BCOA's general counsel, regarding mediation and settlement negotiations. At that time I did not agree to participate in mediation.

8. I had several calls and emails from Mr. Oliner and Ms. Miller in mid-2020 regarding mediation. After discussing it with Ms. Parker and co-counsel I told Mr. Oliner that our side would agree to participate but only if BCOA paid all costs including the fees of the mediator. I made clear that Parker's side was very confident about our position and would not be likely to agree to any reduction in the existing judgment and indeed expected the judgment to increase substantially.

9. Our office prepared position papers and a lengthy settlement memorandum for BCOA's attorneys discussing the likely value of Parker's claims assuming a win on appeal, and the cost to BCOA if Parker prevailed on her cross-appeal, as has now occurred. During the remainder of 2020 I had periodic conversations with Mr. Oliner and Ms. Miller regarding mediation. We selected David Meadows, Esq. as mediator. On January 13, 2021 we conducted an all-day mediation session, lasting 8.8 hours. We were not able to reach an agreement to settle the case.

10. I spent 22.4 hours of just my own time working on this appeal and cross-appeal. I also participated in most of the 53.4 hours listed on the time records as involving "Multiple" attorneys, primarily conference calls and meetings among the attorneys to discuss developments, strategy, scheduling, and settlement issues.

11. At approximately 10:30 a.m. on April 5, 2021 I spoke on the phone with Mr. Oliner regarding Parker's fee motion. I explained to Mr. Oliner that my office is about to file a fee request in the District Court seeking $124,600 for the fees incurred in the appeal filed by his office. This was based on an earlier total of hours spent. Mr. Oliner told me he has convened a conference call among the attorneys on his side for 2:30 today to discuss the situation. I followed my phone call with an email to Mr. Oliner to make clear that my call to him was to discuss the

attorney fees claim on appeal, although Parker remains open to discussing an overall settlement of all claims. Mr. Oliner replied by email that he expects to have some response to me within a few days.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed April 5, 2021 at Alameda, California.

/s/ Marc Alan Fong