August 25, 2021

Honorable Charles Novack

Chief Judge, United States Bankruptcy Court

Northern District of California, Oakland Division

1300 Clay Street, Courtroom 215

Oakland, CA 94612

*Re: In re Parker (Sarah-jane Parker v. Bayside Court Owners Association, Inc., et al)*

No. 14-44083 CN13

Dear Judge Novack:

    Parker and BCOA have reached a settlement of all claims in this matter, under which Respondent BCOA will pay a defined sum to Parker, and Parker will dismiss the pending motions arising from alleged violations of the automatic stay and the discharge injunction.

    Parker will file a release of claims against BCOA, Laurence Jennings, and Raj Patel. Parker will not pursue the claims remanded to the Bankruptcy Court by the First District. The written settlement agreement is fully executed.

    The settlement appears to moot the need for the hearings set for August 30, 2021 concerning Parker's motions for contempt sanctions against BCOA and its civil counsel S. Elizabeth Miller, Esq. and to appoint a receiver to take over the Association. Parker will not pursue those motions, presuming the settlement is funded within the time provided in the agreement.

    We request that your Honor advise us how the Court wishes to proceed regarding the pending motions, and what documents the Court would like to have filed in order to close the case consistent with the settlement.

    Very truly yours,

    FONG & FONG, APC

    /s/ Marlene A. Fong, Esq.

    Attorneys for Sarah-Jane Parker, Debtor

Cc: Paul Manasian, Esq; S. Elizabeth Miller, Esq.