Paul H. Deese (State Bar No. 301328)
Ryan M. Davies (State Bar No. 192598)
LS Carlson Law
A Professional Law Corporation
85 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone: (949) 421-3030
Telecopier: (949) 421-3031
rdavies@lscarlsonlaw.com

Attorneys for Respondents,
Laurence Jennings and Raj Patel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:**<br><br>**SARAH-JANE PARKER,**<br><br>Debtor. | Case No.: 14-44083 CN13<br><br>Chapter 13<br><br>Hon. Charles Novack<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTOR, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned counsel for Respondents Laurence Jennings and Raj Patel ("Respondents") in the above-captioned bankruptcy proceeding, requests that all notices be given or required to be given in these cases, and all papers served or required to be served in these cases, be given to, and served upon the following pursuant to, *inter alia*, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure:

1

Ryan M. Davies, Esq.

rdavies@lscarlsonlaw.com

LS Carlson Law, PC

85 Enterprise, Suite 310

Aliso Viejo, CA 92656

The above counsel further requests that he be placed on the Court's ECF notification and service list.

PLEASE TAKE FURTHER NOTICE that this notice includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitations, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE that this notice shall not be construed as a consent to the jurisdiction of the Court over the party filing this notice, consent to have final orders in noncore matter entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

Dated: August 24, 2021          LS CARLSON LAW, PC

By:    /s/ Ryan M. Davies

RYAN M. DAVIES
Attorneys for Respondents,
Laurence Jennings and
Raj Patel

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2021, a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** will be electronically filed the with the Clerk of Court using the CM/ECF system.

Marc Alan Fong, Esq.
Marlene A. Fong, Esq.
FONG & FONG APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Phone: 510-748-6800
Email: mfong@fonglaw.com
Attorneys for Debtor, Sarah-Jane Parker

By: ___s/ Ryan M. Davies
Ryan M. Davies
Attorney for Respondents,
Laurence Jennings and Raj Patel
LS CARLSON LAW, PC
85 Enterprise, Suite 310
Aliso Viejo, California 92656
Ph: (949) 421-3030
rdavies@lscarlsonlaw.com