Marc Alan Fong SBN 80049
Marlene A. Fong SBN 111560
FONG & FONG APC
2161 Harbor Bay Parkway
Alameda, CA 94502
Tel. 510-748-6800 x 107
Email: mfong@fonglaw.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 13 |
| SARAH-JANE PARKER, Debtor | **CASE NO. 14-44083 CN13** |
| Vs. | DEBTOR SARAH-JANE PARKER'S DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT |
| BAYSIDE COURT OWNERS ASSOCIATION, INC.; LAURENCE JENNINGS; RAJ PATEL, | |
| Respondents | |

    Debtor Sarah-jane Parker and respondent Bayside Court Owners Association Inc ("BCOA") have entered into a written settlement agreement resolving the claims set forth in Parker's motion for sanctions for asserted violation of the automatic stay by BCOA and certain of its then-directors and agents filed on November 3, 2015 (Doc. #70), and in Parker's motion for sanctions for asserted violation of the December 1, 2015 discharge injunction filed on December 15, 2016 (Doc. #129). Pursuant to the terms of that settlement agreement, Parker will dismiss her claims against BCOA and respondents Laurence Jennings and Raj Patel. Parker and BCOA have exchanged mutual releases and waivers of claims and potential claims against each other, the specific terms of which are contained in the settlement agreement. BCOA will dismiss its pending appeal in the Ninth Circuit Court of Appeals, No. 21-15747.

    Accordingly, Sarah-jane Parker hereby dismisses Action No. 14-44083 and specifically

the claims asserted in the motions filed as Docket Nos. 70 and 129 against BCOA and respondents Jennings and Patel. Parker will retain the rights and benefits of the discharge granted in the case. The court will retain jurisdiction to enforce the settlement agreement and any further proceedings as may be necessary.

Dated: September 17, 2021    FONG & FONG APC
                             <u>/s/ Marlene A. Fong</u>
                             Attorney for Debtor Sarah-jane Parker